**Momo, Inc. (MOMO)**                                                   **Marchand, Alain**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 4/24/2019 | Purchase | 1,015 | $37.3045 |