**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ALAIN MARCHAND, *individually and on behalf of all*
*others similarly situated,*

                             Plaintiff,

           -against-

MOMO INC., YAN TANG, and JONATHAN
XIAOSONG ZHANG,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #**
**DATE FILED: SEP 1 8 2019**

ORDER

19 Civ. 4433 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Momo Investor Group's motion to withdraw its previous motion for appointment of Lead Plaintiff and Lead Counsel is GRANTED.

Alain Marchand's motion for appointment of Lead Plaintiff and Lead Counsel is moot, in accordance with his subsequent notice of non-opposition to the competing motions for appointment of Lead Plaintiff and Lead Counsel.

The Clerk of Court is directed to close the motions, (ECF Nos. 17, 20, 24), accordingly.

Dated: New York, New York
       September 18, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge