| **From:** | Griffin, Michael C |
|---|---|
| **To:** | Yu Shi; Musoff, Scott D; Fumerton, Robert A |
| **Cc:** | Laurence Rosen; Phillip Kim; Jing Chen |
| **Subject:** | RE: Activity in Case 1:19-cv-04433-GBD Marchand v. Momo Inc. et al Notice to Attorney Regarding Deficient Pleading |
| **Date:** | Wednesday, November 20, 2019 4:23:27 PM |

Yu – As just discussed, we consent to you re-filing the Amended Complaint with a corrected caption and no other changes.

**Michael C. Griffin**
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square | New York | New York | 10036-6522
T: +1.212.735.2844 | F: +1.917.777.2844
**michael.griffin@skadden.com**

**From:** Yu Shi <yushi@rosenlegal.com>
**Sent:** Wednesday, November 20, 2019 11:14 AM
**To:** Musoff, Scott D (NYC) <Scott.Musoff@skadden.com>; Fumerton, Robert A (NYC) <Robert.Fumerton@skadden.com>; Griffin, Michael C (NYC) <Michael.Griffin@skadden.com>
**Cc:** Laurence Rosen <lrosen@rosenlegal.com>; Phillip Kim <pkim@rosenlegal.com>; Jing Chen <jchen@rosenlegal.com>
**Subject:** [Ext] FW: Activity in Case 1:19-cv-04433-GBD Marchand v. Momo Inc. et al Notice to Attorney Regarding Deficient Pleading

Scott and Rob:

The Court issued the below deficiency notice indicating that the caption of the Amended Complaint needs to include all named parties.  Please let us know whether you consent to us filing a corrected Amended Complaint today, correcting the caption.

Thanks.

**Yu Shi**
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY  10016
Direct: (646) 437-7796
Main: (212) 686-1060
Fax: (212) 202-3827
Email: yshi@rosenlegal.com
www.rosenlegal.com

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, November 20, 2019 11:06 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:19-cv-04433-GBD Marchand v. Momo Inc. et al Notice to Attorney Regarding Deficient Pleading

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first**

viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/20/2019 at 11:05 AM EST and filed on 11/20/2019

**Case Name:**        Marchand v. Momo Inc. et al

**Case Number:**     1:19-cv-04433-GBD

**Filer:**

**Document Number:** No document attached

**\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Laurence Matthew Rosen to RE-FILE re: Document No. [34] Amended Complaint. The filing is deficient for the following reason(s): the wrong filer/filers were selected for the pleading; parties selected as the filers do not appear on Amended Complaint caption; the pleading was filed incorrectly on the due date set by the Court, therefore consent from the opposing party/parties or Court's leave will be required before re-filing the Amended Complaint. Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (pne)**

**1:19-cv-04433-GBD Notice has been electronically mailed to:**

Phillip C. Kim      pkim@rosenlegal.com

Laurence Matthew Rosen      lrosen@rosenlegal.com

Gregory Mark Nespole      gnespole@zlk.com, jtash@zlk.com

Robert Alexander Fumerton      robert.fumerton@skadden.com

Jeremy Alan Lieberman      jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, disaacson@pomlaw.com

Jing Chen      jchen@rosenlegal.com

Yu Shi      yshi@rosenlegal.com

Joseph Alexander Hood, II      ahood@pomlaw.com, abarbosa@pomlaw.com

Michael Charles Griffin      michael.griffin@skadden.com

Scott D. Musoff      smusoff@skadden.com

**1:19-cv-04433-GBD Notice has been delivered by other means to:**

------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================