UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RICHARD RUPP and RODRIGO LEAL, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-against-

MOMO INC., YAN TANG, and JONATHAN XIAOSONG ZHANG,

Defendants.

------------------------------------- x

ORDER

19 Civ. 4433 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendant Momo, Inc.'s motion to dismiss will be held on April 29, 2020 at 10:30 am. The initial conference scheduled for December 3, 2019 at 9:30 am is canceled.

Dated: New York, New York
November 27, 2019

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge