UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD RUPP and RODRIGO LEAL,          :    19-cv-4433-GBD
Individually and on Behalf of All Others    :
Similarly Situated,                                        :    **ECF Case**
                                                                      :    **Electronically Filed**
                                            Plaintiff,        :
                                                                      :
            v.                                                      :
                                                                      :
MOMO INC., YAN TANG, and                      :
JONATHAN XIAOSONG ZHANG,               :
                                                                      :
                                            Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DEFENDANT MOMO INC.'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Amended Class Action Complaint For

Violations of the Federal Securities Laws (ECF No. 35); the accompanying Memorandum of

Law, dated January 24, 2020; the accompanying Declaration of Robert A. Fumerton, dated

January 24, 2020, and exhibits thereto; and upon all prior papers and proceedings herein,

Defendant Momo Inc., by its undersigned counsel, will move this Court, before the Honorable

George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl

Street, New York, New York, 10007, on April 29, 2020 at 10:30 a.m., as designated by the Court

(ECF No. 38), pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure

and Section 101(b) of the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(2), for

an Order dismissing the Amended Class Action Complaint For Violations of the Federal

Securities Laws in its entirety with prejudice and granting such other and further relief as this

Court may deem just and proper.

2

Dated:  New York, New York
        January 24, 2020

                                      /s/ Robert A. Fumerton
                                      Scott D. Musoff
                                      Robert A. Fumerton
                                      Michael C. Griffin
                                      SKADDEN, ARPS, SLATE,
                                         MEAGHER & FLOM LLP
                                      Four Times Square
                                      New York, New York 10036
                                      Phone:  (212) 735-3000
                                      Fax:  (212) 735-2000
                                      scott.musoff@skadden.com
                                      robert.fumerton@skadden.com
                                      michael.griffin@skadden.com

                                      *Attorneys for Defendant Momo Inc*

2