# EXHIBIT H



## Momo Announces a Recent Development

May 10, 2019

BEIJING, May 10, 2019 /PRNewswire/ -- Momo Inc. (Nasdaq: MOMO) ("Momo" or the "Company"), a leading mobile social networking platform in China, today announced that pursuant to directives of relevant government authority, during the one-month period starting from May 11, 2019, Momo will undertake certain internal measures aimed at strengthening its content screening efforts. Chief among efforts in connection with Momo's self-inspection, the Company will temporarily suspend the ability of users to post social newsfeeds on its platform between May 11, 2019 and June 11, 2019. Currently, the Company is evaluating the impact of the temporary suspension and other self-inspection measures on its overall business operations during that one-month period.

**About Momo Inc.**

Momo is one of China's leading mobile-based social and entertainment platforms. Momo enables users to discover new relationships, expand their social connections and build meaningful interactions with each other. Momo connects people and facilitate their interactions based on location, interests and a variety of recreational activities including live talent shows, short videos, social games and other video- and audio-based interactive experiences, such as live chats and mobile karaoke experience.  In May 2018, Momo completed its acquisition of Tantan, a leading social and dating application for younger generation. Tantan, whose primary users consist of young Chinese singles, is designed to help its users find and establish romantic connections, as well as meet interesting people.

**For investor and media inquiries, please contact:**

**Momo Inc.**
Momo Investor Relations
Phone: +86-10-5731-0538
Email: ir@immomo.com

**Safe Harbor Statement**

This news release contains "forward-looking" statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and as defined in the Private Securities Litigation Reform Act of 1995.

Our forward-looking statements are not historical facts but instead represent only our belief regarding expected results and events, many of which, by their nature, are inherently uncertain and outside of our control. Our actual results and other circumstances may differ, possibly materially, from the anticipated results and events indicated in these forward-looking statements. In addition, there are other risks and uncertainties that could cause our actual results to differ from what we currently anticipate, including those relating to our ability to retain and grow our user base, our ability to attract and retain sufficiently trained professionals to support our operations, and our ability to anticipate and develop new services and enhance existing services to meet the demand of our users or customers.  For additional information on these and other important factors that could adversely affect our business, financial condition, results of operations, and prospects, please see our filings with the U.S. Securities and Exchange Commission.

All information provided in this press release and in the attachments is as of the date of the press release. We undertake no obligation to update any forward-looking statement, whether as a result of new information, future events or otherwise, after the date of this release, except as required by law. Such information speaks only as of the date of this release.

C View original content:http://www.prnewswire.com/news-releases/momo-announces-a-recent-development-300847954.html

SOURCE Momo Inc.