# EXHIBIT I

| Momo Stock Price (12/11/14 - 8/7/19) Source: Yahoo! Finance | | |
|---|---|---|
| Date | Close | Volume |
| December 11, 2014 | $17.02 | 19,850,700 |
| December 12, 2014 | $15.15 | 6,046,700 |
| December 15, 2014 | $14.46 | 2,894,900 |
| December 16, 2014 | $13.92 | 1,442,600 |
| December 17, 2014 | $13.29 | 1,944,600 |
| December 18, 2014 | $13.76 | 2,092,200 |
| December 19, 2014 | $12.56 | 2,619,700 |
| December 22, 2014 | $10.83 | 2,646,200 |
| December 23, 2014 | $11.97 | 2,734,900 |
| December 24, 2014 | $12.03 | 678,900 |
| December 26, 2014 | $11.53 | 779,700 |
| December 29, 2014 | $11.53 | 516,100 |
| December 30, 2014 | $11.87 | 300,400 |
| December 31, 2014 | $12.00 | 474,700 |
| January 2, 2015 | $12.77 | 781,300 |
| January 5, 2015 | $13.09 | 1,266,000 |
| January 6, 2015 | $12.16 | 1,167,800 |
| January 7, 2015 | $12.25 | 394,600 |
| January 8, 2015 | $12.08 | 383,200 |
| January 9, 2015 | $12.07 | 658,400 |
| January 12, 2015 | $11.97 | 366,100 |
| January 13, 2015 | $10.78 | 1,321,300 |
| January 14, 2015 | $10.73 | 653,400 |
| January 15, 2015 | $11.12 | 530,200 |
| January 16, 2015 | $10.95 | 149,700 |
| January 20, 2015 | $10.91 | 270,300 |
| January 21, 2015 | $11.20 | 208,800 |
| January 22, 2015 | $10.81 | 712,000 |
| January 23, 2015 | $10.49 | 761,900 |
| January 26, 2015 | $10.33 | 226,200 |
| January 27, 2015 | $10.02 | 608,100 |
| January 28, 2015 | $10.28 | 571,000 |
| January 29, 2015 | $9.94 | 710,100 |
| January 30, 2015 | $9.84 | 250,100 |
| February 2, 2015 | $9.82 | 285,300 |
| February 3, 2015 | $10.19 | 316,300 |
| February 4, 2015 | $10.71 | 704,500 |
| February 5, 2015 | $10.48 | 393,200 |
| February 6, 2015 | $10.34 | 194,400 |
| February 9, 2015 | $10.38 | 130,000 |
| February 10, 2015 | $10.27 | 183,100 |
| February 11, 2015 | $10.25 | 81,800 |
| February 12, 2015 | $11.49 | 598,400 |

| | | |
|---|---|---|
| February 13, 2015 | $11.02 | 754,800 |
| February 17, 2015 | $11.22 | 148,200 |
| February 18, 2015 | $11.21 | 98,900 |
| February 19, 2015 | $11.15 | 47,500 |
| February 20, 2015 | $11.50 | 204,500 |
| February 23, 2015 | $11.50 | 175,900 |
| February 24, 2015 | $12.27 | 420,700 |
| February 25, 2015 | $12.52 | 520,000 |
| February 26, 2015 | $12.52 | 773,300 |
| February 27, 2015 | $11.31 | 349,700 |
| March 2, 2015 | $12.00 | 722,300 |
| March 3, 2015 | $12.18 | 1,382,900 |
| March 4, 2015 | $12.55 | 1,168,000 |
| March 5, 2015 | $11.09 | 1,982,900 |
| March 6, 2015 | $11.03 | 996,100 |
| March 9, 2015 | $10.93 | 336,700 |
| March 10, 2015 | $10.44 | 768,600 |
| March 11, 2015 | $10.62 | 1,095,600 |
| March 12, 2015 | $10.28 | 257,500 |
| March 13, 2015 | $10.02 | 502,000 |
| March 16, 2015 | $10.30 | 449,300 |
| March 17, 2015 | $10.00 | 255,400 |
| March 18, 2015 | $10.01 | 250,100 |
| March 19, 2015 | $10.02 | 159,000 |
| March 20, 2015 | $10.41 | 346,100 |
| March 23, 2015 | $10.40 | 733,300 |
| March 24, 2015 | $10.44 | 434,000 |
| March 25, 2015 | $10.29 | 276,600 |
| March 26, 2015 | $10.52 | 271,300 |
| March 27, 2015 | $10.70 | 321,000 |
| March 30, 2015 | $10.50 | 277,700 |
| March 31, 2015 | $10.60 | 306,200 |
| April 1, 2015 | $10.59 | 313,500 |
| April 2, 2015 | $10.51 | 978,200 |
| April 6, 2015 | $10.85 | 267,100 |
| April 7, 2015 | $10.50 | 159,500 |
| April 8, 2015 | $11.17 | 469,900 |
| April 9, 2015 | $11.96 | 794,200 |
| April 10, 2015 | $11.52 | 192,500 |
| April 13, 2015 | $11.20 | 348,300 |
| April 14, 2015 | $11.41 | 184,300 |
| April 15, 2015 | $10.99 | 365,200 |
| April 16, 2015 | $11.26 | 232,600 |
| April 17, 2015 | $10.92 | 210,400 |
| April 20, 2015 | $10.99 | 309,500 |
| April 21, 2015 | $11.00 | 277,000 |
| April 22, 2015 | $11.20 | 706,600 |

| | | |
|---|---|---|
| April 23, 2015 | $11.39 | 566,700 |
| April 24, 2015 | $12.41 | 591,200 |
| April 27, 2015 | $11.93 | 543,200 |
| April 28, 2015 | $11.70 | 528,200 |
| April 29, 2015 | $11.36 | 204,100 |
| April 30, 2015 | $11.05 | 319,700 |
| May 1, 2015 | $11.17 | 200,100 |
| May 4, 2015 | $11.26 | 756,300 |
| May 5, 2015 | $10.88 | 195,600 |
| May 6, 2015 | $10.96 | 115,200 |
| May 7, 2015 | $10.93 | 121,100 |
| May 8, 2015 | $11.29 | 227,500 |
| May 11, 2015 | $11.07 | 414,400 |
| May 12, 2015 | $11.10 | 298,700 |
| May 13, 2015 | $10.98 | 228,400 |
| May 14, 2015 | $12.38 | 1,040,200 |
| May 15, 2015 | $12.39 | 702,000 |
| May 18, 2015 | $12.82 | 1,501,300 |
| May 19, 2015 | $16.27 | 9,333,800 |
| May 20, 2015 | $17.20 | 6,262,700 |
| May 21, 2015 | $16.85 | 2,244,900 |
| May 22, 2015 | $17.90 | 2,060,200 |
| May 26, 2015 | $18.94 | 2,319,100 |
| May 27, 2015 | $19.11 | 1,253,300 |
| May 28, 2015 | $18.34 | 1,718,300 |
| May 29, 2015 | $18.06 | 806,300 |
| June 1, 2015 | $17.02 | 1,339,800 |
| June 2, 2015 | $17.05 | 913,700 |
| June 3, 2015 | $17.51 | 605,700 |
| June 4, 2015 | $16.98 | 1,075,400 |
| June 5, 2015 | $17.13 | 2,055,100 |
| June 8, 2015 | $17.04 | 1,496,400 |
| June 9, 2015 | $16.00 | 3,932,100 |
| June 10, 2015 | $15.80 | 1,803,800 |
| June 11, 2015 | $15.46 | 2,254,600 |
| June 12, 2015 | $15.65 | 3,391,200 |
| June 15, 2015 | $15.63 | 3,110,500 |
| June 16, 2015 | $15.60 | 2,011,100 |
| June 17, 2015 | $16.41 | 4,370,900 |
| June 18, 2015 | $16.99 | 2,025,600 |
| June 19, 2015 | $16.83 | 2,673,700 |
| June 22, 2015 | $15.69 | 1,566,000 |
| June 23, 2015 | $17.24 | 6,264,200 |
| June 24, 2015 | $17.22 | 1,286,800 |
| June 25, 2015 | $17.06 | 1,169,300 |
| June 26, 2015 | $16.53 | 1,181,400 |
| June 29, 2015 | $15.83 | 1,201,000 |

| | | |
|---|---|---|
| June 30, 2015 | $16.10 | 1,214,600 |
| July 1, 2015 | $15.88 | 896,000 |
| July 2, 2015 | $16.11 | 341,800 |
| July 6, 2015 | $14.75 | 2,094,000 |
| July 7, 2015 | $13.96 | 2,547,300 |
| July 8, 2015 | $13.68 | 1,176,200 |
| July 9, 2015 | $15.05 | 1,588,800 |
| July 10, 2015 | $15.28 | 859,900 |
| July 13, 2015 | $15.73 | 402,500 |
| July 14, 2015 | $16.10 | 962,500 |
| July 15, 2015 | $15.57 | 1,144,800 |
| July 16, 2015 | $15.77 | 769,500 |
| July 17, 2015 | $16.00 | 612,600 |
| July 20, 2015 | $15.93 | 604,900 |
| July 21, 2015 | $15.93 | 291,300 |
| July 22, 2015 | $16.20 | 184,700 |
| July 23, 2015 | $16.00 | 481,900 |
| July 24, 2015 | $15.97 | 188,600 |
| July 27, 2015 | $15.72 | 414,100 |
| July 28, 2015 | $15.94 | 398,200 |
| July 29, 2015 | $16.06 | 212,000 |
| July 30, 2015 | $16.18 | 385,300 |
| July 31, 2015 | $16.19 | 151,300 |
| August 3, 2015 | $16.52 | 503,800 |
| August 4, 2015 | $16.46 | 325,400 |
| August 5, 2015 | $16.40 | 533,700 |
| August 6, 2015 | $16.04 | 287,600 |
| August 7, 2015 | $15.95 | 188,400 |
| August 10, 2015 | $16.47 | 160,100 |
| August 11, 2015 | $15.89 | 249,300 |
| August 12, 2015 | $15.68 | 632,500 |
| August 13, 2015 | $15.72 | 373,100 |
| August 14, 2015 | $16.13 | 293,900 |
| August 17, 2015 | $16.36 | 543,900 |
| August 18, 2015 | $16.12 | 287,900 |
| August 19, 2015 | $15.98 | 776,700 |
| August 20, 2015 | $14.81 | 2,539,200 |
| August 21, 2015 | $13.78 | 1,788,000 |
| August 24, 2015 | $12.29 | 2,222,800 |
| August 25, 2015 | $12.42 | 571,500 |
| August 26, 2015 | $11.94 | 832,600 |
| August 27, 2015 | $12.30 | 1,500,600 |
| August 28, 2015 | $12.37 | 430,300 |
| August 31, 2015 | $11.66 | 393,700 |
| September 1, 2015 | $11.28 | 594,200 |
| September 2, 2015 | $10.99 | 420,800 |
| September 3, 2015 | $10.97 | 202,500 |

| | | |
|---|---|---|
| September 4, 2015 | $10.84 | 300,700 |
| September 8, 2015 | $10.99 | 1,040,200 |
| September 9, 2015 | $11.53 | 794,200 |
| September 10, 2015 | $11.56 | 513,700 |
| September 11, 2015 | $11.52 | 444,500 |
| September 14, 2015 | $11.02 | 569,600 |
| September 15, 2015 | $10.98 | 439,100 |
| September 16, 2015 | $11.00 | 1,001,000 |
| September 17, 2015 | $11.04 | 365,900 |
| September 18, 2015 | $10.99 | 149,200 |
| September 21, 2015 | $11.04 | 507,700 |
| September 22, 2015 | $11.06 | 576,300 |
| September 23, 2015 | $10.96 | 264,300 |
| September 24, 2015 | $12.04 | 1,065,700 |
| September 25, 2015 | $12.46 | 1,270,500 |
| September 28, 2015 | $12.05 | 543,200 |
| September 29, 2015 | $12.11 | 215,200 |
| September 30, 2015 | $12.50 | 772,800 |
| October 1, 2015 | $12.49 | 384,700 |
| October 2, 2015 | $13.00 | 747,600 |
| October 5, 2015 | $13.00 | 984,700 |
| October 6, 2015 | $13.00 | 504,200 |
| October 7, 2015 | $12.98 | 1,030,500 |
| October 8, 2015 | $12.98 | 472,100 |
| October 9, 2015 | $12.62 | 1,393,700 |
| October 12, 2015 | $13.50 | 894,700 |
| October 13, 2015 | $13.32 | 734,500 |
| October 14, 2015 | $12.78 | 883,200 |
| October 15, 2015 | $13.01 | 806,700 |
| October 16, 2015 | $13.11 | 1,017,100 |
| October 19, 2015 | $13.19 | 673,500 |
| October 20, 2015 | $13.14 | 402,200 |
| October 21, 2015 | $12.86 | 420,400 |
| October 22, 2015 | $12.69 | 559,100 |
| October 23, 2015 | $12.75 | 585,300 |
| October 26, 2015 | $12.65 | 907,400 |
| October 27, 2015 | $12.84 | 424,600 |
| October 28, 2015 | $12.78 | 419,200 |
| October 29, 2015 | $13.27 | 1,133,800 |
| October 30, 2015 | $13.43 | 730,600 |
| November 2, 2015 | $12.89 | 1,074,100 |
| November 3, 2015 | $13.34 | 588,900 |
| November 4, 2015 | $13.79 | 1,777,600 |
| November 5, 2015 | $13.42 | 422,700 |
| November 6, 2015 | $14.19 | 965,800 |
| November 9, 2015 | $13.30 | 1,500,400 |
| November 10, 2015 | $13.18 | 756,700 |

| | | |
|---|---|---|
| November 11, 2015 | $12.78 | 1,561,000 |
| November 12, 2015 | $13.25 | 758,500 |
| November 13, 2015 | $12.67 | 988,500 |
| November 16, 2015 | $12.62 | 1,791,600 |
| November 17, 2015 | $12.60 | 906,600 |
| November 18, 2015 | $12.63 | 775,500 |
| November 19, 2015 | $12.82 | 1,887,700 |
| November 20, 2015 | $12.90 | 1,431,400 |
| November 23, 2015 | $13.95 | 1,475,300 |
| November 24, 2015 | $13.42 | 1,464,100 |
| November 25, 2015 | $13.40 | 1,142,800 |
| November 27, 2015 | $13.20 | 657,200 |
| November 30, 2015 | $13.27 | 1,614,000 |
| December 1, 2015 | $13.96 | 1,902,200 |
| December 2, 2015 | $13.93 | 1,560,700 |
| December 3, 2015 | $14.09 | 2,139,900 |
| December 4, 2015 | $14.23 | 1,904,200 |
| December 7, 2015 | $15.14 | 1,915,500 |
| December 8, 2015 | $15.15 | 2,028,200 |
| December 9, 2015 | $14.99 | 1,021,600 |
| December 10, 2015 | $14.92 | 1,160,200 |
| December 11, 2015 | $14.68 | 886,400 |
| December 14, 2015 | $15.02 | 802,700 |
| December 15, 2015 | $15.47 | 1,131,000 |
| December 16, 2015 | $15.67 | 841,100 |
| December 17, 2015 | $15.32 | 682,700 |
| December 18, 2015 | $15.65 | 1,204,600 |
| December 21, 2015 | $16.05 | 1,589,600 |
| December 22, 2015 | $16.46 | 1,446,000 |
| December 23, 2015 | $16.42 | 1,046,200 |
| December 24, 2015 | $16.49 | 423,400 |
| December 28, 2015 | $16.04 | 798,700 |
| December 29, 2015 | $16.13 | 604,400 |
| December 30, 2015 | $16.05 | 660,800 |
| December 31, 2015 | $16.02 | 706,800 |
| January 4, 2016 | $15.46 | 1,471,700 |
| January 5, 2016 | $15.64 | 950,700 |
| January 6, 2016 | $15.55 | 1,037,600 |
| January 7, 2016 | $14.41 | 1,773,200 |
| January 8, 2016 | $14.33 | 1,606,800 |
| January 11, 2016 | $13.44 | 2,837,100 |
| January 12, 2016 | $13.79 | 1,771,400 |
| January 13, 2016 | $13.60 | 1,115,600 |
| January 14, 2016 | $13.51 | 841,900 |
| January 15, 2016 | $12.99 | 1,205,500 |
| January 19, 2016 | $12.80 | 1,929,400 |
| January 20, 2016 | $12.29 | 1,872,300 |

| | | |
|---|---|---|
| January 21, 2016 | $12.48 | 988,400 |
| January 22, 2016 | $12.40 | 1,149,800 |
| January 25, 2016 | $12.08 | 678,700 |
| January 26, 2016 | $12.37 | 734,600 |
| January 27, 2016 | $11.93 | 512,200 |
| January 28, 2016 | $11.75 | 587,300 |
| January 29, 2016 | $11.91 | 545,700 |
| February 1, 2016 | $11.76 | 637,500 |
| February 2, 2016 | $11.17 | 1,294,800 |
| February 3, 2016 | $10.64 | 1,709,700 |
| February 4, 2016 | $10.87 | 1,435,800 |
| February 5, 2016 | $10.43 | 1,243,200 |
| February 8, 2016 | $9.48 | 1,473,900 |
| February 9, 2016 | $8.09 | 2,725,400 |
| February 10, 2016 | $7.94 | 1,653,500 |
| February 11, 2016 | $7.79 | 3,297,500 |
| February 12, 2016 | $7.49 | 1,752,800 |
| February 16, 2016 | $8.77 | 1,910,400 |
| February 17, 2016 | $9.15 | 2,114,200 |
| February 18, 2016 | $9.02 | 539,400 |
| February 19, 2016 | $9.26 | 668,900 |
| February 22, 2016 | $10.02 | 1,418,400 |
| February 23, 2016 | $12.00 | 6,877,200 |
| February 24, 2016 | $12.09 | 2,598,800 |
| February 25, 2016 | $11.93 | 1,295,200 |
| February 26, 2016 | $11.96 | 1,108,400 |
| February 29, 2016 | $11.78 | 845,800 |
| March 1, 2016 | $12.01 | 1,109,800 |
| March 2, 2016 | $12.16 | 724,900 |
| March 3, 2016 | $12.65 | 2,614,600 |
| March 4, 2016 | $13.58 | 1,901,600 |
| March 7, 2016 | $13.34 | 4,186,300 |
| March 8, 2016 | $13.51 | 1,166,300 |
| March 9, 2016 | $13.52 | 909,600 |
| March 10, 2016 | $12.81 | 1,311,900 |
| March 11, 2016 | $13.14 | 731,200 |
| March 14, 2016 | $13.16 | 850,000 |
| March 15, 2016 | $12.04 | 2,559,500 |
| March 16, 2016 | $12.25 | 941,300 |
| March 17, 2016 | $11.97 | 858,600 |
| March 18, 2016 | $12.79 | 1,223,400 |
| March 21, 2016 | $12.88 | 755,200 |
| March 22, 2016 | $12.73 | 449,200 |
| March 23, 2016 | $12.17 | 865,100 |
| March 24, 2016 | $12.18 | 744,800 |
| March 28, 2016 | $11.91 | 513,800 |
| March 29, 2016 | $11.51 | 1,340,700 |

| Date | Price | Volume |
|---|---|---|
| March 30, 2016 | $11.43 | 1,588,900 |
| March 31, 2016 | $11.24 | 960,600 |
| April 1, 2016 | $10.93 | 1,492,600 |
| April 4, 2016 | $12.19 | 4,108,500 |
| April 5, 2016 | $12.04 | 1,848,800 |
| April 6, 2016 | $16.09 | 15,611,900 |
| April 7, 2016 | $16.31 | 3,885,800 |
| April 8, 2016 | $16.42 | 1,792,800 |
| April 11, 2016 | $16.58 | 1,137,400 |
| April 12, 2016 | $16.41 | 1,411,500 |
| April 13, 2016 | $16.41 | 885,200 |
| April 14, 2016 | $16.43 | 631,200 |
| April 15, 2016 | $16.49 | 347,600 |
| April 18, 2016 | $16.63 | 673,700 |
| April 19, 2016 | $16.51 | 557,300 |
| April 20, 2016 | $16.51 | 503,700 |
| April 21, 2016 | $16.52 | 425,400 |
| April 22, 2016 | $16.45 | 575,300 |
| April 25, 2016 | $16.49 | 665,700 |
| April 26, 2016 | $16.53 | 853,400 |
| April 27, 2016 | $16.50 | 620,300 |
| April 28, 2016 | $16.51 | 640,700 |
| April 29, 2016 | $16.44 | 768,200 |
| May 2, 2016 | $16.46 | 491,400 |
| May 3, 2016 | $16.44 | 466,400 |
| May 4, 2016 | $16.46 | 811,300 |
| May 5, 2016 | $15.57 | 6,437,200 |
| May 6, 2016 | $14.58 | 2,996,700 |
| May 9, 2016 | $12.27 | 5,333,700 |
| May 10, 2016 | $13.08 | 2,199,300 |
| May 11, 2016 | $10.76 | 5,952,000 |
| May 12, 2016 | $11.40 | 6,066,000 |
| May 13, 2016 | $11.68 | 2,214,500 |
| May 16, 2016 | $12.01 | 2,495,800 |
| May 17, 2016 | $12.99 | 3,726,000 |
| May 18, 2016 | $13.04 | 1,945,700 |
| May 19, 2016 | $12.16 | 1,622,700 |
| May 20, 2016 | $12.67 | 1,029,800 |
| May 23, 2016 | $12.35 | 723,800 |
| May 24, 2016 | $12.90 | 1,271,300 |
| May 25, 2016 | $11.99 | 1,418,400 |
| May 26, 2016 | $12.34 | 595,100 |
| May 27, 2016 | $12.57 | 580,700 |
| May 31, 2016 | $12.78 | 1,065,800 |
| June 1, 2016 | $12.63 | 743,600 |
| June 2, 2016 | $12.67 | 264,400 |
| June 3, 2016 | $12.53 | 362,800 |

| | | |
|---|---|---|
| June 6, 2016 | $12.92 | 634,500 |
| June 7, 2016 | $12.82 | 313,200 |
| June 8, 2016 | $12.61 | 309,100 |
| June 9, 2016 | $12.54 | 190,300 |
| June 10, 2016 | $12.18 | 679,500 |
| June 13, 2016 | $12.37 | 371,300 |
| June 14, 2016 | $12.02 | 602,800 |
| June 15, 2016 | $12.08 | 708,900 |
| June 16, 2016 | $11.17 | 1,124,300 |
| June 17, 2016 | $11.45 | 768,300 |
| June 20, 2016 | $11.51 | 446,000 |
| June 21, 2016 | $11.22 | 321,800 |
| June 22, 2016 | $10.75 | 1,144,600 |
| June 23, 2016 | $10.74 | 1,218,600 |
| June 24, 2016 | $10.70 | 1,246,300 |
| June 27, 2016 | $10.24 | 878,200 |
| June 28, 2016 | $10.43 | 482,300 |
| June 29, 2016 | $10.18 | 739,600 |
| June 30, 2016 | $10.11 | 1,110,700 |
| July 1, 2016 | $9.95 | 598,600 |
| July 5, 2016 | $9.36 | 1,204,800 |
| July 6, 2016 | $9.91 | 948,100 |
| July 7, 2016 | $11.65 | 3,255,800 |
| July 8, 2016 | $11.68 | 1,036,000 |
| July 11, 2016 | $12.55 | 2,763,200 |
| July 12, 2016 | $12.62 | 1,239,500 |
| July 13, 2016 | $12.21 | 727,500 |
| July 14, 2016 | $12.69 | 864,400 |
| July 15, 2016 | $12.50 | 558,900 |
| July 18, 2016 | $12.76 | 571,800 |
| July 19, 2016 | $12.77 | 292,300 |
| July 20, 2016 | $13.10 | 525,600 |
| July 21, 2016 | $12.98 | 672,400 |
| July 22, 2016 | $13.15 | 405,200 |
| July 25, 2016 | $13.53 | 918,900 |
| July 26, 2016 | $13.50 | 863,100 |
| July 27, 2016 | $13.39 | 1,044,100 |
| July 28, 2016 | $13.21 | 273,600 |
| July 29, 2016 | $13.23 | 392,700 |
| August 1, 2016 | $14.44 | 1,702,000 |
| August 2, 2016 | $15.01 | 1,789,200 |
| August 3, 2016 | $14.92 | 833,400 |
| August 4, 2016 | $14.88 | 485,700 |
| August 5, 2016 | $14.71 | 562,800 |
| August 8, 2016 | $14.92 | 671,600 |
| August 9, 2016 | $14.89 | 726,600 |
| August 10, 2016 | $14.79 | 438,700 |

| | | |
|---|---|---|
| August 11, 2016 | $14.94 | 864,100 |
| August 12, 2016 | $15.00 | 1,020,700 |
| August 15, 2016 | $16.13 | 3,625,800 |
| August 16, 2016 | $16.09 | 7,415,200 |
| August 17, 2016 | $15.58 | 1,654,600 |
| August 18, 2016 | $16.01 | 4,752,300 |
| August 19, 2016 | $16.04 | 955,600 |
| August 22, 2016 | $17.31 | 4,488,800 |
| August 23, 2016 | $19.80 | 8,662,300 |
| August 24, 2016 | $19.61 | 6,121,100 |
| August 25, 2016 | $20.94 | 3,873,800 |
| August 26, 2016 | $21.60 | 5,317,200 |
| August 29, 2016 | $22.01 | 7,416,300 |
| August 30, 2016 | $22.61 | 5,701,300 |
| August 31, 2016 | $24.01 | 6,022,100 |
| September 1, 2016 | $24.00 | 5,075,900 |
| September 2, 2016 | $24.48 | 6,274,500 |
| September 6, 2016 | $24.28 | 6,442,600 |
| September 7, 2016 | $24.02 | 4,789,100 |
| September 8, 2016 | $24.47 | 3,404,600 |
| September 9, 2016 | $21.66 | 6,613,700 |
| September 12, 2016 | $23.59 | 6,958,300 |
| September 13, 2016 | $22.50 | 5,096,800 |
| September 14, 2016 | $22.92 | 4,654,600 |
| September 15, 2016 | $23.62 | 4,209,800 |
| September 16, 2016 | $24.03 | 2,080,900 |
| September 19, 2016 | $23.49 | 3,478,500 |
| September 20, 2016 | $23.64 | 1,680,100 |
| September 21, 2016 | $23.47 | 3,253,600 |
| September 22, 2016 | $23.67 | 3,470,100 |
| September 23, 2016 | $23.55 | 1,746,200 |
| September 26, 2016 | $22.48 | 2,711,200 |
| September 27, 2016 | $23.30 | 2,737,100 |
| September 28, 2016 | $23.06 | 1,941,100 |
| September 29, 2016 | $22.80 | 2,177,900 |
| September 30, 2016 | $22.50 | 1,944,900 |
| October 3, 2016 | $22.09 | 1,828,500 |
| October 4, 2016 | $24.48 | 6,505,100 |
| October 5, 2016 | $24.85 | 7,683,900 |
| October 6, 2016 | $24.41 | 2,911,200 |
| October 7, 2016 | $23.60 | 2,058,000 |
| October 10, 2016 | $26.18 | 6,154,900 |
| October 11, 2016 | $24.82 | 4,122,800 |
| October 12, 2016 | $24.29 | 3,024,800 |
| October 13, 2016 | $24.11 | 4,863,700 |
| October 14, 2016 | $23.50 | 3,180,500 |
| October 17, 2016 | $23.51 | 1,465,800 |

| | | |
|---|---|---|
| October 18, 2016 | $24.09 | 1,883,200 |
| October 19, 2016 | $24.25 | 2,183,500 |
| October 20, 2016 | $24.64 | 2,069,900 |
| October 21, 2016 | $24.48 | 1,208,400 |
| October 24, 2016 | $26.61 | 5,623,000 |
| October 25, 2016 | $26.51 | 3,088,200 |
| October 26, 2016 | $26.08 | 1,624,000 |
| October 27, 2016 | $25.43 | 2,149,400 |
| October 28, 2016 | $25.54 | 1,840,600 |
| October 31, 2016 | $24.08 | 5,225,000 |
| November 1, 2016 | $23.82 | 2,002,900 |
| November 2, 2016 | $23.29 | 2,222,300 |
| November 3, 2016 | $23.70 | 2,157,000 |
| November 4, 2016 | $23.83 | 3,375,000 |
| November 7, 2016 | $26.72 | 4,859,700 |
| November 8, 2016 | $23.25 | 13,052,700 |
| November 9, 2016 | $23.51 | 4,418,500 |
| November 10, 2016 | $22.04 | 7,019,600 |
| November 11, 2016 | $21.84 | 2,794,500 |
| November 14, 2016 | $20.11 | 4,429,000 |
| November 15, 2016 | $20.52 | 3,597,800 |
| November 16, 2016 | $21.72 | 4,450,500 |
| November 17, 2016 | $21.35 | 1,999,500 |
| November 18, 2016 | $21.30 | 1,377,600 |
| November 21, 2016 | $21.41 | 1,598,600 |
| November 22, 2016 | $21.29 | 1,398,600 |
| November 23, 2016 | $21.69 | 1,653,900 |
| November 25, 2016 | $21.49 | 1,090,500 |
| November 28, 2016 | $20.90 | 1,349,600 |
| November 29, 2016 | $21.85 | 3,321,300 |
| November 30, 2016 | $21.53 | 2,657,300 |
| December 1, 2016 | $20.65 | 2,006,500 |
| December 2, 2016 | $20.85 | 1,400,200 |
| December 5, 2016 | $20.60 | 872,900 |
| December 6, 2016 | $20.36 | 1,072,100 |
| December 7, 2016 | $20.87 | 1,370,200 |
| December 8, 2016 | $20.87 | 999,700 |
| December 9, 2016 | $20.50 | 683,000 |
| December 12, 2016 | $20.45 | 1,662,400 |
| December 13, 2016 | $20.02 | 1,912,600 |
| December 14, 2016 | $19.40 | 2,530,700 |
| December 15, 2016 | $18.10 | 3,296,700 |
| December 16, 2016 | $18.08 | 3,052,500 |
| December 19, 2016 | $17.16 | 4,126,300 |
| December 20, 2016 | $17.77 | 2,906,200 |
| December 21, 2016 | $18.56 | 2,807,500 |
| December 22, 2016 | $18.34 | 1,627,900 |

| | | |
|---|---|---|
| December 23, 2016 | $18.89 | 1,065,000 |
| December 27, 2016 | $19.01 | 997,400 |
| December 28, 2016 | $18.79 | 1,934,500 |
| December 29, 2016 | $18.36 | 704,300 |
| December 30, 2016 | $18.38 | 1,392,700 |
| January 3, 2017 | $18.30 | 848,200 |
| January 4, 2017 | $19.24 | 2,418,000 |
| January 5, 2017 | $20.52 | 2,792,600 |
| January 6, 2017 | $20.37 | 1,351,300 |
| January 9, 2017 | $21.27 | 1,620,600 |
| January 10, 2017 | $22.07 | 3,005,800 |
| January 11, 2017 | $21.72 | 1,713,500 |
| January 12, 2017 | $21.56 | 1,075,500 |
| January 13, 2017 | $22.03 | 1,065,900 |
| January 17, 2017 | $21.77 | 1,343,300 |
| January 18, 2017 | $21.99 | 657,600 |
| January 19, 2017 | $21.95 | 599,500 |
| January 20, 2017 | $21.86 | 581,300 |
| January 23, 2017 | $23.42 | 2,598,900 |
| January 24, 2017 | $23.55 | 1,678,700 |
| January 25, 2017 | $23.65 | 952,300 |
| January 26, 2017 | $22.95 | 1,405,600 |
| January 27, 2017 | $22.90 | 509,400 |
| January 30, 2017 | $22.48 | 1,304,400 |
| January 31, 2017 | $22.73 | 749,100 |
| February 1, 2017 | $22.77 | 844,900 |
| February 2, 2017 | $23.15 | 1,205,000 |
| February 3, 2017 | $23.13 | 884,900 |
| February 6, 2017 | $22.88 | 1,129,000 |
| February 7, 2017 | $22.77 | 954,200 |
| February 8, 2017 | $24.99 | 3,769,900 |
| February 9, 2017 | $24.88 | 2,285,600 |
| February 10, 2017 | $24.61 | 2,678,500 |
| February 13, 2017 | $25.40 | 3,596,100 |
| February 14, 2017 | $25.41 | 936,500 |
| February 15, 2017 | $26.26 | 2,173,500 |
| February 16, 2017 | $26.80 | 3,375,400 |
| February 17, 2017 | $27.00 | 2,796,900 |
| February 21, 2017 | $27.77 | 3,542,500 |
| February 22, 2017 | $26.93 | 1,747,400 |
| February 23, 2017 | $25.72 | 2,984,000 |
| February 24, 2017 | $25.86 | 1,575,000 |
| February 27, 2017 | $25.90 | 2,603,700 |
| February 28, 2017 | $26.64 | 1,713,900 |
| March 1, 2017 | $27.51 | 2,266,700 |
| March 2, 2017 | $26.61 | 1,635,900 |
| March 3, 2017 | $26.87 | 1,767,500 |

| | | |
|---|---|---|
| March 6, 2017 | $26.61 | 3,419,200 |
| March 7, 2017 | $30.00 | 22,321,700 |
| March 8, 2017 | $34.19 | 14,894,800 |
| March 9, 2017 | $30.05 | 19,831,800 |
| March 10, 2017 | $30.78 | 6,980,600 |
| March 13, 2017 | $31.38 | 5,227,900 |
| March 14, 2017 | $33.66 | 7,829,000 |
| March 15, 2017 | $33.85 | 5,408,000 |
| March 16, 2017 | $34.73 | 5,754,700 |
| March 17, 2017 | $35.01 | 3,709,900 |
| March 20, 2017 | $34.25 | 5,829,700 |
| March 21, 2017 | $32.14 | 6,336,600 |
| March 22, 2017 | $32.81 | 5,658,300 |
| March 23, 2017 | $33.29 | 9,270,000 |
| March 24, 2017 | $33.33 | 2,737,000 |
| March 27, 2017 | $34.24 | 4,547,000 |
| March 28, 2017 | $33.80 | 3,184,100 |
| March 29, 2017 | $34.11 | 3,431,400 |
| March 30, 2017 | $35.52 | 7,065,100 |
| March 31, 2017 | $34.07 | 10,478,200 |
| April 3, 2017 | $34.84 | 4,004,400 |
| April 4, 2017 | $33.97 | 2,676,000 |
| April 5, 2017 | $32.89 | 4,927,800 |
| April 6, 2017 | $34.56 | 4,799,600 |
| April 7, 2017 | $34.93 | 4,449,400 |
| April 10, 2017 | $37.50 | 9,642,400 |
| April 11, 2017 | $37.37 | 6,165,300 |
| April 12, 2017 | $37.86 | 5,523,600 |
| April 13, 2017 | $38.18 | 3,386,000 |
| April 17, 2017 | $38.40 | 2,275,700 |
| April 18, 2017 | $36.77 | 5,412,400 |
| April 19, 2017 | $37.21 | 4,073,400 |
| April 20, 2017 | $38.06 | 2,797,900 |
| April 21, 2017 | $38.32 | 3,218,000 |
| April 24, 2017 | $38.45 | 4,030,400 |
| April 25, 2017 | $38.16 | 3,769,700 |
| April 26, 2017 | $37.43 | 6,133,800 |
| April 27, 2017 | $38.38 | 4,295,800 |
| April 28, 2017 | $37.98 | 2,575,600 |
| May 1, 2017 | $39.43 | 4,462,600 |
| May 2, 2017 | $39.54 | 2,661,400 |
| May 3, 2017 | $38.30 | 3,748,400 |
| May 4, 2017 | $38.66 | 2,585,400 |
| May 5, 2017 | $39.12 | 2,583,700 |
| May 8, 2017 | $38.58 | 2,628,800 |
| May 9, 2017 | $38.58 | 5,624,700 |
| May 10, 2017 | $38.22 | 6,087,300 |

| | | |
|---|---|---|
| May 11, 2017 | $38.41 | 3,724,600 |
| May 12, 2017 | $40.14 | 7,041,400 |
| May 15, 2017 | $40.11 | 5,699,800 |
| May 16, 2017 | $43.82 | 11,312,200 |
| May 17, 2017 | $40.28 | 12,053,600 |
| May 18, 2017 | $41.41 | 7,835,700 |
| May 19, 2017 | $43.58 | 7,071,000 |
| May 22, 2017 | $42.83 | 13,329,700 |
| May 23, 2017 | $41.07 | 27,419,800 |
| May 24, 2017 | $38.64 | 13,326,800 |
| May 25, 2017 | $38.41 | 14,847,200 |
| May 26, 2017 | $39.14 | 7,550,900 |
| May 30, 2017 | $37.19 | 10,540,000 |
| May 31, 2017 | $38.04 | 18,011,400 |
| June 1, 2017 | $37.34 | 6,466,700 |
| June 2, 2017 | $38.07 | 4,647,000 |
| June 5, 2017 | $40.08 | 9,570,600 |
| June 6, 2017 | $40.71 | 9,138,700 |
| June 7, 2017 | $40.32 | 7,466,200 |
| June 8, 2017 | $39.99 | 9,403,600 |
| June 9, 2017 | $37.44 | 9,817,900 |
| June 12, 2017 | $37.59 | 10,050,700 |
| June 13, 2017 | $38.05 | 5,287,200 |
| June 14, 2017 | $36.54 | 7,442,600 |
| June 15, 2017 | $36.32 | 7,781,600 |
| June 16, 2017 | $36.89 | 3,727,900 |
| June 19, 2017 | $37.70 | 4,211,800 |
| June 20, 2017 | $37.89 | 4,018,000 |
| June 21, 2017 | $38.70 | 6,692,200 |
| June 22, 2017 | $38.93 | 5,877,700 |
| June 23, 2017 | $39.35 | 3,229,900 |
| June 26, 2017 | $39.38 | 4,459,400 |
| June 27, 2017 | $37.06 | 4,505,300 |
| June 28, 2017 | $37.96 | 4,791,000 |
| June 29, 2017 | $37.07 | 4,560,500 |
| June 30, 2017 | $36.96 | 2,455,000 |
| July 3, 2017 | $36.94 | 1,745,900 |
| July 5, 2017 | $38.08 | 4,481,400 |
| July 6, 2017 | $38.81 | 3,904,900 |
| July 7, 2017 | $39.27 | 2,567,600 |
| July 10, 2017 | $40.74 | 6,593,100 |
| July 11, 2017 | $41.09 | 4,417,700 |
| July 12, 2017 | $41.87 | 3,540,600 |
| July 13, 2017 | $40.76 | 5,455,400 |
| July 14, 2017 | $41.37 | 3,532,900 |
| July 17, 2017 | $40.84 | 3,536,800 |
| July 18, 2017 | $42.00 | 4,084,100 |

| | | |
|---|---|---|
| July 19, 2017 | $42.00 | 4,336,400 |
| July 20, 2017 | $42.33 | 3,811,400 |
| July 21, 2017 | $42.17 | 1,988,200 |
| July 24, 2017 | $43.99 | 6,603,800 |
| July 25, 2017 | $44.05 | 3,046,100 |
| July 26, 2017 | $44.01 | 2,900,300 |
| July 27, 2017 | $43.19 | 6,937,500 |
| July 28, 2017 | $44.06 | 2,645,600 |
| July 31, 2017 | $43.93 | 3,891,600 |
| August 1, 2017 | $45.04 | 2,935,900 |
| August 2, 2017 | $43.90 | 5,280,200 |
| August 3, 2017 | $44.55 | 2,317,800 |
| August 4, 2017 | $44.05 | 2,196,600 |
| August 7, 2017 | $45.99 | 4,409,100 |
| August 8, 2017 | $45.80 | 2,946,700 |
| August 9, 2017 | $45.35 | 6,024,000 |
| August 10, 2017 | $42.57 | 4,589,600 |
| August 11, 2017 | $42.10 | 4,776,000 |
| August 14, 2017 | $44.58 | 3,866,600 |
| August 15, 2017 | $44.23 | 2,497,300 |
| August 16, 2017 | $44.12 | 2,904,700 |
| August 17, 2017 | $44.01 | 3,922,200 |
| August 18, 2017 | $43.82 | 4,247,300 |
| August 21, 2017 | $45.08 | 6,024,600 |
| August 22, 2017 | $36.02 | 44,582,800 |
| August 23, 2017 | $36.74 | 16,353,800 |
| August 24, 2017 | $37.98 | 14,103,800 |
| August 25, 2017 | $35.59 | 15,263,500 |
| August 28, 2017 | $33.88 | 15,679,500 |
| August 29, 2017 | $34.08 | 7,539,400 |
| August 30, 2017 | $36.07 | 10,489,700 |
| August 31, 2017 | $38.53 | 16,300,000 |
| September 1, 2017 | $38.20 | 8,593,600 |
| September 5, 2017 | $37.93 | 5,852,600 |
| September 6, 2017 | $37.60 | 4,537,800 |
| September 7, 2017 | $37.82 | 4,844,600 |
| September 8, 2017 | $37.71 | 6,724,900 |
| September 11, 2017 | $38.15 | 4,755,100 |
| September 12, 2017 | $37.97 | 4,089,100 |
| September 13, 2017 | $37.31 | 4,317,000 |
| September 14, 2017 | $36.79 | 4,485,900 |
| September 15, 2017 | $36.57 | 4,356,600 |
| September 18, 2017 | $36.90 | 3,984,400 |
| September 19, 2017 | $36.09 | 4,872,400 |
| September 20, 2017 | $35.06 | 5,610,400 |
| September 21, 2017 | $35.42 | 4,151,200 |
| September 22, 2017 | $34.97 | 3,587,100 |

| | | |
|---|---|---|
| September 25, 2017 | $33.65 | 6,351,900 |
| September 26, 2017 | $32.50 | 8,052,400 |
| September 27, 2017 | $32.67 | 4,755,000 |
| September 28, 2017 | $32.44 | 5,383,800 |
| September 29, 2017 | $31.34 | 7,722,600 |
| October 2, 2017 | $31.91 | 5,243,000 |
| October 3, 2017 | $32.28 | 4,122,800 |
| October 4, 2017 | $31.77 | 4,047,400 |
| October 5, 2017 | $31.41 | 3,344,000 |
| October 6, 2017 | $31.97 | 2,957,200 |
| October 9, 2017 | $31.47 | 2,859,800 |
| October 10, 2017 | $32.05 | 4,689,600 |
| October 11, 2017 | $32.78 | 3,368,900 |
| October 12, 2017 | $32.14 | 3,634,700 |
| October 13, 2017 | $32.83 | 3,586,500 |
| October 16, 2017 | $34.38 | 6,882,200 |
| October 17, 2017 | $33.35 | 6,191,200 |
| October 18, 2017 | $33.98 | 3,529,600 |
| October 19, 2017 | $32.81 | 4,652,500 |
| October 20, 2017 | $31.89 | 4,585,500 |
| October 23, 2017 | $31.58 | 3,924,300 |
| October 24, 2017 | $31.24 | 3,305,600 |
| October 25, 2017 | $29.56 | 9,617,000 |
| October 26, 2017 | $29.27 | 5,273,200 |
| October 27, 2017 | $29.43 | 3,177,000 |
| October 30, 2017 | $29.46 | 4,400,300 |
| October 31, 2017 | $30.47 | 3,308,300 |
| November 1, 2017 | $30.36 | 2,402,000 |
| November 2, 2017 | $30.28 | 2,571,700 |
| November 3, 2017 | $29.80 | 2,255,900 |
| November 6, 2017 | $29.32 | 3,516,000 |
| November 7, 2017 | $28.26 | 5,352,500 |
| November 8, 2017 | $28.45 | 5,702,100 |
| November 9, 2017 | $28.96 | 3,557,700 |
| November 10, 2017 | $28.35 | 2,519,500 |
| November 13, 2017 | $29.88 | 5,024,500 |
| November 14, 2017 | $29.19 | 2,606,600 |
| November 15, 2017 | $30.59 | 5,958,400 |
| November 16, 2017 | $32.16 | 7,051,700 |
| November 17, 2017 | $31.22 | 6,880,000 |
| November 20, 2017 | $32.94 | 5,230,600 |
| November 21, 2017 | $32.31 | 4,907,800 |
| November 22, 2017 | $32.11 | 4,745,100 |
| November 24, 2017 | $32.14 | 2,091,300 |
| November 27, 2017 | $30.90 | 6,250,000 |
| November 28, 2017 | $25.08 | 32,510,600 |
| November 29, 2017 | $25.51 | 11,796,700 |

| | | |
|---|---|---|
| November 30, 2017 | $24.00 | 12,555,800 |
| December 1, 2017 | $22.56 | 9,888,700 |
| December 4, 2017 | $24.80 | 12,953,000 |
| December 5, 2017 | $23.84 | 6,097,800 |
| December 6, 2017 | $23.44 | 3,765,300 |
| December 7, 2017 | $23.80 | 3,603,000 |
| December 8, 2017 | $24.44 | 4,142,500 |
| December 11, 2017 | $24.77 | 4,284,900 |
| December 12, 2017 | $24.75 | 3,028,400 |
| December 13, 2017 | $24.77 | 3,832,500 |
| December 14, 2017 | $24.89 | 2,540,000 |
| December 15, 2017 | $25.08 | 3,786,000 |
| December 18, 2017 | $25.36 | 3,179,600 |
| December 19, 2017 | $25.86 | 4,385,700 |
| December 20, 2017 | $26.02 | 2,673,000 |
| December 21, 2017 | $25.47 | 4,109,200 |
| December 22, 2017 | $25.42 | 2,635,300 |
| December 26, 2017 | $25.23 | 2,338,700 |
| December 27, 2017 | $25.62 | 2,158,400 |
| December 28, 2017 | $25.12 | 1,978,200 |
| December 29, 2017 | $24.48 | 3,205,600 |
| January 2, 2018 | $25.86 | 3,420,900 |
| January 3, 2018 | $25.90 | 2,772,600 |
| January 4, 2018 | $26.87 | 5,741,200 |
| January 5, 2018 | $27.83 | 4,679,100 |
| January 8, 2018 | $27.94 | 6,020,100 |
| January 9, 2018 | $27.20 | 6,151,900 |
| January 10, 2018 | $26.79 | 3,960,800 |
| January 11, 2018 | $26.87 | 2,640,000 |
| January 12, 2018 | $26.47 | 4,375,300 |
| January 16, 2018 | $25.13 | 5,642,700 |
| January 17, 2018 | $27.95 | 13,443,700 |
| January 18, 2018 | $27.41 | 7,542,900 |
| January 19, 2018 | $28.60 | 7,340,000 |
| January 22, 2018 | $28.71 | 5,704,300 |
| January 23, 2018 | $29.05 | 5,294,300 |
| January 24, 2018 | $29.00 | 4,332,300 |
| January 25, 2018 | $29.76 | 5,310,100 |
| January 26, 2018 | $30.30 | 6,719,400 |
| January 29, 2018 | $31.69 | 8,937,300 |
| January 30, 2018 | $31.02 | 5,525,000 |
| January 31, 2018 | $31.53 | 3,901,500 |
| February 1, 2018 | $31.01 | 2,856,100 |
| February 2, 2018 | $29.83 | 4,722,800 |
| February 5, 2018 | $28.51 | 6,846,500 |
| February 6, 2018 | $28.08 | 8,460,500 |
| February 7, 2018 | $27.80 | 4,010,100 |

| | | |
|---|---|---|
| February 8, 2018 | $26.38 | 5,289,700 |
| February 9, 2018 | $27.65 | 4,173,900 |
| February 12, 2018 | $28.32 | 2,990,200 |
| February 13, 2018 | $28.29 | 4,228,400 |
| February 14, 2018 | $30.55 | 5,298,200 |
| February 15, 2018 | $30.84 | 4,493,900 |
| February 16, 2018 | $31.05 | 2,571,200 |
| February 20, 2018 | $32.36 | 4,696,200 |
| February 21, 2018 | $31.97 | 2,704,200 |
| February 22, 2018 | $30.53 | 3,919,500 |
| February 23, 2018 | $35.75 | 17,961,200 |
| February 26, 2018 | $34.20 | 7,931,900 |
| February 27, 2018 | $33.48 | 4,697,700 |
| February 28, 2018 | $33.05 | 2,962,100 |
| March 1, 2018 | $31.83 | 5,349,200 |
| March 2, 2018 | $32.89 | 5,187,000 |
| March 5, 2018 | $33.27 | 4,501,100 |
| March 6, 2018 | $33.97 | 6,086,900 |
| March 7, 2018 | $37.02 | 23,500,000 |
| March 8, 2018 | $35.74 | 9,367,700 |
| March 9, 2018 | $37.54 | 8,303,600 |
| March 12, 2018 | $37.04 | 4,090,500 |
| March 13, 2018 | $36.82 | 3,439,000 |
| March 14, 2018 | $37.27 | 3,897,600 |
| March 15, 2018 | $37.85 | 3,534,500 |
| March 16, 2018 | $37.20 | 4,805,000 |
| March 19, 2018 | $36.98 | 4,282,900 |
| March 20, 2018 | $38.76 | 6,711,200 |
| March 21, 2018 | $39.82 | 7,707,200 |
| March 22, 2018 | $38.90 | 6,870,200 |
| March 23, 2018 | $38.90 | 5,128,500 |
| March 26, 2018 | $38.86 | 3,979,900 |
| March 27, 2018 | $36.02 | 5,931,200 |
| March 28, 2018 | $35.61 | 6,197,100 |
| March 29, 2018 | $37.38 | 4,353,900 |
| April 2, 2018 | $36.66 | 2,894,800 |
| April 3, 2018 | $37.29 | 2,822,900 |
| April 4, 2018 | $37.15 | 3,146,600 |
| April 5, 2018 | $37.07 | 2,929,300 |
| April 6, 2018 | $36.40 | 2,074,700 |
| April 9, 2018 | $36.79 | 2,674,300 |
| April 10, 2018 | $36.95 | 3,117,100 |
| April 11, 2018 | $37.40 | 2,699,100 |
| April 12, 2018 | $35.39 | 5,722,900 |
| April 13, 2018 | $34.67 | 5,362,900 |
| April 16, 2018 | $34.39 | 3,437,200 |
| April 17, 2018 | $35.42 | 5,748,800 |

| | | |
|---|---|---|
| April 18, 2018 | $35.45 | 2,837,100 |
| April 19, 2018 | $35.76 | 2,451,900 |
| April 20, 2018 | $36.33 | 3,701,300 |
| April 23, 2018 | $36.58 | 3,610,500 |
| April 24, 2018 | $35.06 | 4,369,700 |
| April 25, 2018 | $34.30 | 2,902,500 |
| April 26, 2018 | $35.72 | 2,165,900 |
| April 27, 2018 | $35.75 | 2,077,200 |
| April 30, 2018 | $34.90 | 2,762,900 |
| May 1, 2018 | $35.58 | 2,417,800 |
| May 2, 2018 | $35.43 | 2,764,700 |
| May 3, 2018 | $35.08 | 2,316,300 |
| May 4, 2018 | $35.36 | 2,166,400 |
| May 7, 2018 | $38.03 | 4,465,100 |
| May 8, 2018 | $38.23 | 3,302,000 |
| May 9, 2018 | $37.56 | 2,282,500 |
| May 10, 2018 | $38.43 | 3,624,900 |
| May 11, 2018 | $37.73 | 1,990,400 |
| May 14, 2018 | $37.75 | 2,630,100 |
| May 15, 2018 | $37.36 | 3,577,500 |
| May 16, 2018 | $37.30 | 1,808,700 |
| May 17, 2018 | $38.31 | 3,726,700 |
| May 18, 2018 | $39.74 | 5,964,900 |
| May 21, 2018 | $39.89 | 3,451,800 |
| May 22, 2018 | $39.61 | 1,451,700 |
| May 23, 2018 | $39.46 | 2,092,700 |
| May 24, 2018 | $39.31 | 1,898,100 |
| May 25, 2018 | $38.95 | 3,627,900 |
| May 29, 2018 | $44.86 | 27,432,100 |
| May 30, 2018 | $43.13 | 9,851,900 |
| May 31, 2018 | $45.92 | 11,161,100 |
| June 1, 2018 | $49.60 | 11,661,400 |
| June 4, 2018 | $50.30 | 6,567,500 |
| June 5, 2018 | $49.73 | 4,389,100 |
| June 6, 2018 | $50.09 | 5,467,700 |
| June 7, 2018 | $49.37 | 3,714,700 |
| June 8, 2018 | $52.01 | 6,959,200 |
| June 11, 2018 | $52.86 | 4,874,800 |
| June 12, 2018 | $52.98 | 3,432,100 |
| June 13, 2018 | $53.23 | 2,557,100 |
| June 14, 2018 | $53.86 | 3,361,700 |
| June 15, 2018 | $53.60 | 4,169,700 |
| June 18, 2018 | $53.13 | 3,234,400 |
| June 19, 2018 | $51.09 | 5,775,700 |
| June 20, 2018 | $51.91 | 2,418,800 |
| June 21, 2018 | $50.88 | 2,666,400 |
| June 22, 2018 | $50.78 | 2,175,400 |

| | | |
|---|---|---|
| June 25, 2018 | $48.17 | 4,951,100 |
| June 26, 2018 | $45.34 | 10,537,700 |
| June 27, 2018 | $42.86 | 12,125,400 |
| June 28, 2018 | $44.42 | 9,608,700 |
| June 29, 2018 | $43.50 | 5,490,800 |
| July 2, 2018 | $44.72 | 4,815,300 |
| July 3, 2018 | $44.07 | 2,118,100 |
| July 5, 2018 | $44.20 | 3,498,100 |
| July 6, 2018 | $46.44 | 4,059,300 |
| July 9, 2018 | $46.65 | 5,586,900 |
| July 10, 2018 | $45.20 | 3,987,000 |
| July 11, 2018 | $44.00 | 3,874,100 |
| July 12, 2018 | $45.38 | 3,339,900 |
| July 13, 2018 | $43.96 | 3,598,600 |
| July 16, 2018 | $44.38 | 3,682,400 |
| July 17, 2018 | $45.44 | 3,277,300 |
| July 18, 2018 | $45.62 | 5,795,000 |
| July 19, 2018 | $44.58 | 4,203,500 |
| July 20, 2018 | $45.47 | 3,631,500 |
| July 23, 2018 | $45.99 | 2,548,900 |
| July 24, 2018 | $42.30 | 13,897,600 |
| July 25, 2018 | $43.17 | 6,168,900 |
| July 26, 2018 | $43.12 | 2,883,700 |
| July 27, 2018 | $41.88 | 2,883,100 |
| July 30, 2018 | $40.01 | 5,611,800 |
| July 31, 2018 | $41.02 | 4,408,000 |
| August 1, 2018 | $41.04 | 2,294,000 |
| August 2, 2018 | $40.06 | 2,839,700 |
| August 3, 2018 | $40.40 | 2,427,600 |
| August 6, 2018 | $39.92 | 2,739,500 |
| August 7, 2018 | $40.89 | 2,669,000 |
| August 8, 2018 | $41.31 | 2,140,700 |
| August 9, 2018 | $41.85 | 1,495,100 |
| August 10, 2018 | $42.28 | 2,391,500 |
| August 13, 2018 | $40.51 | 2,722,300 |
| August 14, 2018 | $36.95 | 8,064,200 |
| August 15, 2018 | $36.18 | 7,814,300 |
| August 16, 2018 | $37.55 | 3,787,500 |
| August 17, 2018 | $38.15 | 4,283,800 |
| August 20, 2018 | $39.30 | 4,586,100 |
| August 21, 2018 | $40.49 | 5,650,400 |
| August 22, 2018 | $43.96 | 12,548,800 |
| August 23, 2018 | $43.99 | 6,318,000 |
| August 24, 2018 | $43.84 | 3,233,100 |
| August 27, 2018 | $46.91 | 8,116,100 |
| August 28, 2018 | $47.66 | 4,772,100 |
| August 29, 2018 | $47.56 | 3,835,100 |

| | | |
|---|---|---|
| August 30, 2018 | $44.83 | 4,885,100 |
| August 31, 2018 | $46.29 | 6,007,700 |
| September 4, 2018 | $47.24 | 3,302,100 |
| September 5, 2018 | $45.23 | 3,413,100 |
| September 6, 2018 | $44.00 | 2,964,700 |
| September 7, 2018 | $45.15 | 4,384,900 |
| September 10, 2018 | $42.80 | 3,565,600 |
| September 11, 2018 | $42.60 | 3,258,700 |
| September 12, 2018 | $43.93 | 4,742,700 |
| September 13, 2018 | $46.87 | 6,385,300 |
| September 14, 2018 | $47.37 | 4,626,700 |
| September 17, 2018 | $46.01 | 4,401,000 |
| September 18, 2018 | $48.25 | 4,431,200 |
| September 19, 2018 | $47.73 | 3,887,800 |
| September 20, 2018 | $46.51 | 4,747,600 |
| September 21, 2018 | $46.44 | 4,381,400 |
| September 24, 2018 | $45.32 | 2,781,900 |
| September 25, 2018 | $46.18 | 1,697,100 |
| September 26, 2018 | $45.95 | 2,217,400 |
| September 27, 2018 | $44.22 | 4,195,000 |
| September 28, 2018 | $43.80 | 3,600,800 |
| October 1, 2018 | $44.04 | 2,003,100 |
| October 2, 2018 | $41.80 | 3,378,500 |
| October 3, 2018 | $42.39 | 2,869,700 |
| October 4, 2018 | $39.11 | 5,515,100 |
| October 5, 2018 | $39.12 | 3,673,900 |
| October 8, 2018 | $38.02 | 4,316,400 |
| October 9, 2018 | $37.68 | 2,758,000 |
| October 10, 2018 | $35.06 | 5,281,200 |
| October 11, 2018 | $35.51 | 4,881,600 |
| October 12, 2018 | $37.65 | 5,501,700 |
| October 15, 2018 | $38.02 | 3,646,500 |
| October 16, 2018 | $37.59 | 4,822,800 |
| October 17, 2018 | $34.50 | 7,491,100 |
| October 18, 2018 | $32.64 | 7,303,800 |
| October 19, 2018 | $30.46 | 8,470,100 |
| October 22, 2018 | $32.08 | 6,921,200 |
| October 23, 2018 | $31.85 | 3,889,800 |
| October 24, 2018 | $30.14 | 4,225,900 |
| October 25, 2018 | $30.69 | 3,685,300 |
| October 26, 2018 | $30.82 | 2,809,200 |
| October 29, 2018 | $30.11 | 4,275,400 |
| October 30, 2018 | $30.64 | 2,941,500 |
| October 31, 2018 | $33.57 | 6,846,400 |
| November 1, 2018 | $36.48 | 8,159,400 |
| November 2, 2018 | $35.41 | 5,662,300 |
| November 5, 2018 | $36.00 | 2,524,800 |

| | | |
|---|---|---|
| November 6, 2018 | $35.77 | 2,403,400 |
| November 7, 2018 | $36.64 | 2,288,900 |
| November 8, 2018 | $35.00 | 2,575,300 |
| November 9, 2018 | $32.65 | 5,603,000 |
| November 12, 2018 | $31.51 | 3,234,900 |
| November 13, 2018 | $31.72 | 3,452,800 |
| November 14, 2018 | $32.88 | 3,716,500 |
| November 15, 2018 | $34.29 | 5,346,400 |
| November 16, 2018 | $32.96 | 3,106,900 |
| November 19, 2018 | $30.59 | 4,828,500 |
| November 20, 2018 | $30.63 | 3,675,000 |
| November 21, 2018 | $31.69 | 3,500,000 |
| November 23, 2018 | $31.67 | 1,448,000 |
| November 26, 2018 | $30.04 | 6,434,700 |
| November 27, 2018 | $29.71 | 4,428,900 |
| November 28, 2018 | $30.02 | 5,652,000 |
| November 29, 2018 | $30.35 | 3,658,200 |
| November 30, 2018 | $31.35 | 3,238,600 |
| December 3, 2018 | $33.08 | 5,969,500 |
| December 4, 2018 | $31.69 | 6,654,500 |
| December 6, 2018 | $27.05 | 13,513,000 |
| December 7, 2018 | $24.57 | 10,507,600 |
| December 10, 2018 | $24.26 | 4,989,200 |
| December 11, 2018 | $24.58 | 3,794,100 |
| December 12, 2018 | $25.58 | 4,993,300 |
| December 13, 2018 | $25.46 | 3,257,500 |
| December 14, 2018 | $25.22 | 2,761,200 |
| December 17, 2018 | $24.29 | 3,663,400 |
| December 18, 2018 | $24.49 | 3,321,700 |
| December 19, 2018 | $23.46 | 4,217,000 |
| December 20, 2018 | $23.34 | 3,831,900 |
| December 21, 2018 | $23.38 | 3,623,200 |
| December 24, 2018 | $23.68 | 1,712,400 |
| December 26, 2018 | $24.22 | 2,832,800 |
| December 27, 2018 | $24.37 | 2,512,000 |
| December 28, 2018 | $24.41 | 2,319,500 |
| December 31, 2018 | $23.75 | 1,978,900 |
| January 2, 2019 | $24.83 | 3,032,300 |
| January 3, 2019 | $24.03 | 2,291,800 |
| January 4, 2019 | $25.41 | 2,802,700 |
| January 7, 2019 | $26.22 | 3,685,700 |
| January 8, 2019 | $26.60 | 4,072,400 |
| January 9, 2019 | $27.15 | 3,761,600 |
| January 10, 2019 | $27.00 | 2,420,200 |
| January 11, 2019 | $26.98 | 3,024,500 |
| January 14, 2019 | $26.57 | 3,153,900 |
| January 15, 2019 | $26.94 | 2,872,100 |

| | | |
|---|---|---|
| January 16, 2019 | $27.76 | 2,524,500 |
| January 17, 2019 | $28.67 | 4,942,100 |
| January 18, 2019 | $30.26 | 8,164,800 |
| January 22, 2019 | $28.97 | 6,599,500 |
| January 23, 2019 | $28.39 | 4,354,100 |
| January 24, 2019 | $29.53 | 2,716,800 |
| January 25, 2019 | $31.05 | 3,836,200 |
| January 28, 2019 | $30.04 | 2,875,900 |
| January 29, 2019 | $28.97 | 3,074,100 |
| January 30, 2019 | $29.75 | 2,616,000 |
| January 31, 2019 | $30.43 | 3,052,900 |
| February 1, 2019 | $30.33 | 2,718,800 |
| February 4, 2019 | $29.77 | 1,787,200 |
| February 5, 2019 | $30.61 | 1,795,400 |
| February 6, 2019 | $30.13 | 1,635,900 |
| February 7, 2019 | $28.69 | 3,314,100 |
| February 8, 2019 | $29.21 | 2,253,300 |
| February 11, 2019 | $29.67 | 2,564,000 |
| February 12, 2019 | $30.70 | 1,865,100 |
| February 13, 2019 | $31.33 | 3,356,600 |
| February 14, 2019 | $31.23 | 2,206,000 |
| February 15, 2019 | $30.04 | 2,647,100 |
| February 19, 2019 | $32.36 | 3,374,700 |
| February 20, 2019 | $31.82 | 3,244,500 |
| February 21, 2019 | $31.61 | 2,739,300 |
| February 22, 2019 | $33.14 | 2,879,600 |
| February 25, 2019 | $35.34 | 5,174,200 |
| February 26, 2019 | $34.55 | 3,408,400 |
| February 27, 2019 | $34.61 | 2,019,600 |
| February 28, 2019 | $33.17 | 3,783,100 |
| March 1, 2019 | $33.28 | 4,171,400 |
| March 4, 2019 | $33.87 | 3,755,500 |
| March 5, 2019 | $35.18 | 4,459,900 |
| March 6, 2019 | $35.27 | 4,184,100 |
| March 7, 2019 | $32.72 | 5,184,500 |
| March 8, 2019 | $32.77 | 3,797,700 |
| March 11, 2019 | $32.55 | 8,731,700 |
| March 12, 2019 | $36.44 | 19,954,500 |
| March 13, 2019 | $37.79 | 8,071,800 |
| March 14, 2019 | $37.22 | 5,321,500 |
| March 15, 2019 | $38.50 | 5,233,300 |
| March 18, 2019 | $38.86 | 7,060,500 |
| March 19, 2019 | $38.54 | 4,031,100 |
| March 20, 2019 | $38.07 | 2,986,200 |
| March 21, 2019 | $38.50 | 2,219,400 |
| March 22, 2019 | $37.13 | 2,264,000 |
| March 25, 2019 | $38.17 | 2,668,500 |

| | | |
|---|---|---|
| March 26, 2019 | $37.60 | 2,606,100 |
| March 27, 2019 | $37.31 | 2,378,800 |
| March 28, 2019 | $37.59 | 2,860,600 |
| March 29, 2019 | $38.24 | 4,472,100 |
| April 1, 2019 | $40.81 | 7,182,800 |
| April 2, 2019 | $39.88 | 3,413,000 |
| April 3, 2019 | $40.67 | 4,061,900 |
| April 4, 2019 | $39.76 | 2,586,300 |
| April 5, 2019 | $40.01 | 2,427,400 |
| April 8, 2019 | $39.55 | 2,455,900 |
| April 9, 2019 | $38.98 | 2,216,000 |
| April 10, 2019 | $38.03 | 3,830,900 |
| April 11, 2019 | $37.20 | 4,297,500 |
| April 12, 2019 | $38.11 | 3,626,000 |
| April 15, 2019 | $35.99 | 6,648,000 |
| April 16, 2019 | $36.23 | 3,583,900 |
| April 17, 2019 | $36.04 | 4,352,000 |
| April 18, 2019 | $35.67 | 1,973,200 |
| April 22, 2019 | $36.26 | 1,817,200 |
| April 23, 2019 | $37.52 | 3,944,800 |
| April 24, 2019 | $36.85 | 3,565,800 |
| April 25, 2019 | $36.87 | 2,243,000 |
| April 26, 2019 | $36.87 | 1,165,400 |
| April 29, 2019 | $34.36 | 11,057,700 |
| April 30, 2019 | $35.07 | 4,224,000 |
| May 1, 2019 | $35.19 | 1,997,000 |
| May 2, 2019 | $35.64 | 1,691,500 |
| May 3, 2019 | $36.85 | 1,988,800 |
| May 6, 2019 | $35.58 | 3,174,200 |
| May 7, 2019 | $33.15 | 4,663,500 |
| May 8, 2019 | $32.81 | 4,131,900 |
| May 9, 2019 | $32.29 | 3,591,700 |
| May 10, 2019 | $28.97 | 13,083,700 |
| May 13, 2019 | $27.83 | 4,815,200 |
| May 14, 2019 | $28.81 | 4,359,800 |
| May 15, 2019 | $29.88 | 4,794,300 |
| May 16, 2019 | $29.61 | 2,413,400 |
| May 17, 2019 | $27.92 | 4,423,600 |
| May 20, 2019 | $27.37 | 3,776,600 |
| May 21, 2019 | $27.86 | 2,399,700 |
| May 22, 2019 | $27.37 | 1,975,200 |
| May 23, 2019 | $26.64 | 3,906,600 |
| May 24, 2019 | $26.02 | 4,886,300 |
| May 28, 2019 | $27.31 | 13,641,300 |
| May 29, 2019 | $28.25 | 6,094,500 |
| May 30, 2019 | $28.03 | 3,574,100 |
| May 31, 2019 | $27.57 | 2,890,800 |

| | | |
|---|---|---|
| June 3, 2019 | $27.49 | 2,851,200 |
| June 4, 2019 | $29.68 | 4,481,800 |
| June 5, 2019 | $29.60 | 3,624,900 |
| June 6, 2019 | $29.75 | 1,585,500 |
| June 7, 2019 | $30.54 | 2,574,700 |
| June 10, 2019 | $31.57 | 3,290,100 |
| June 11, 2019 | $31.89 | 3,952,500 |
| June 12, 2019 | $31.61 | 1,933,500 |
| June 13, 2019 | $31.67 | 1,350,400 |
| June 14, 2019 | $31.03 | 2,422,600 |
| June 17, 2019 | $30.88 | 1,625,400 |
| June 18, 2019 | $32.76 | 4,657,900 |
| June 19, 2019 | $32.85 | 2,678,000 |
| June 20, 2019 | $33.81 | 2,622,100 |
| June 21, 2019 | $33.72 | 1,834,600 |
| June 24, 2019 | $34.16 | 1,515,200 |
| June 25, 2019 | $33.31 | 2,349,300 |
| June 26, 2019 | $35.14 | 4,755,500 |
| June 27, 2019 | $36.00 | 3,312,300 |
| June 28, 2019 | $35.80 | 1,939,000 |
| July 1, 2019 | $36.73 | 3,123,400 |
| July 2, 2019 | $36.77 | 1,434,700 |
| July 3, 2019 | $35.24 | 3,775,300 |
| July 5, 2019 | $35.02 | 2,354,700 |
| July 8, 2019 | $34.38 | 1,580,300 |
| July 9, 2019 | $34.58 | 1,544,500 |
| July 10, 2019 | $34.69 | 1,712,500 |
| July 11, 2019 | $34.28 | 1,118,100 |
| July 12, 2019 | $34.44 | 1,034,000 |
| July 15, 2019 | $34.39 | 1,237,500 |
| July 16, 2019 | $33.69 | 2,300,000 |
| July 17, 2019 | $32.30 | 2,837,100 |
| July 18, 2019 | $33.45 | 2,970,000 |
| July 19, 2019 | $35.06 | 3,816,000 |
| July 22, 2019 | $34.57 | 1,631,400 |
| July 23, 2019 | $35.97 | 1,498,800 |
| July 24, 2019 | $35.67 | 2,129,800 |
| July 25, 2019 | $35.76 | 2,030,900 |
| July 26, 2019 | $34.80 | 2,596,600 |
| July 29, 2019 | $34.38 | 1,939,900 |
| July 30, 2019 | $34.47 | 1,024,700 |
| July 31, 2019 | $33.97 | 1,538,000 |
| August 1, 2019 | $31.74 | 3,231,500 |
| August 2, 2019 | $31.01 | 2,617,000 |
| August 5, 2019 | $29.31 | 3,674,600 |
| August 6, 2019 | $29.59 | 2,140,400 |
| August 7, 2019 | $29.78 | 2,279,400 |