# EXHIBIT K

# LIONBRIDGE

STATE OF NEW YORK            )
                            )
                            )    ss
                            )
COUNTY OF NEW YORK          )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the attached article titled "'Tantan' Dating App turns into a prostitute finder? And a girl claiming to be a college student in Nanchang is working part time there!"

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 24th day of January, 20 20.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified In Queens County
My Commission Expires 01-31-2021

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

Case 1:19-cv-04433-GBD    Document 41-11    Filed 01/24/20    Page 3 of 21

1/7/2020          "Tantan" Dating App turns into a prostitute finder? And a girl claiming to be a college student in Nanchang is working part time there! – Daily Headline

**Daily Headlines**



| Home | Health | Entertainment | Fashion | Games | 3C | Family | Culture | History | Animation | Constellation | Fitness | Home Deco | Emotions | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## "Tantan" Dating App turns into a prostitute finder? And a girl claiming to be a college student in Nanchang is working part time there!

April 19, 2019 Posted by the correspondence station of *Consumption Daily* on *Society*

**Click the correspondence station of *Consumption Daily* above to follow us.**

**Unsightly!**

Recently, citizen Mr. Zhang broke the news. After using the **Tantan dating app**, he was often sent pictures of women (users) who were dressed very sexy and exposed. They publish their third-party chat accounts such as WeChat and QQ in their avatar pictures or statements to lure users to add them separately.

"I originally wanted to use the "Tantan" app to meet some new friends and find a partner. I didn't expect to find many people using this platform to publish pornographic information."

Mr. Zhang once added the WeChat account of a female user, but then found content was about finding online prostitutes. In the communication with the girl, she claimed to be **a student in Nanchang**, and could provide **on-site overnight service for a flat fee**, etc., with the price ranging from several hundred to several thousand yuan.



1



Mr. Zhang reported this account for involving prostitution. But such situations were not effectively controlled and show up on the platform every now and then.

"Prostitution users posted their WeChat and QQ accounts on their avatars and statements. How did such blatant illegal acts pass the platform's review?" said Mr. Zhang, hoping that the relevant departments would pay attention and take strict measures against such illegal acts and provide users with a clean and green network environment.





As understood, Tantan is a social app in new interactive mode based on big data intelligence. It calculates and pushes people near you that match you based on your profile, location, hobbies and other information.

Investigation

The reporter tried the app, and found a lot of suspicious accounts. A VIP female user "Fifi" (online name) was matched through a mechanism of liking each other; then the girl said **she could not sleep, sent over a QQ number and invited the reporter to chat via QQ**.

The reporter added the QQ number provided by the girl. She then said that she was **a student in a school in Nanchang, was working part-time on weekends, and she could provide some "services." There are additional fares and fees if the reporter would want the whole night together.**

The person with the username of "loner" **directly put her QQ number in her statement**. After she was added, she claimed to be a student at a college in Yaohu District, Nanchang and could provide pornographic services for 1500 yuan per night.

4



**Loner**

Libra    4

Qingshan Hu (4km), active 16 minutes ago

Personal Album

Personal Statement

Can't find love, just want to get rich fast...
[illegible]
Do not bother if you are not sincere,
[illegible]

User with Tantan username of "Xixi checking the statement" publicized her WeChat account and wrote something very explicit in the statement.



**Xixi** checking the statement

♀ 21   Taurus

Qingyun Pun (14km), active 1 minute ago

Ⓥ Her picture has been validated and is expedited to be recommended.  ▶

Personal Statement

Only looking for physical satisfaction, no emotional attachment. [illegible]. No badmouthing, I am not a saint.

The girl whose Tantan account name is "Tired" showed the photo of a young and beautiful woman. In the photo, she wrote "this picture V me, can meet face to face," with her WeChat account shown in the picture. After she was added, she provided her contact phone number, price and services included for prostitution and displayed many photos of young and beautiful women in her circle of friends.





**Tired**

Donghu (9km), active 7 minutes ago

Our commonalities

Based on the investigation, the reporter found at least 10 accounts that provided prostitution services, and the users' locations was shown as Nanchang.

**Why are there so many pornographic accounts on the Tantan Dating Platform?**

**What is Tantan's official explanation?**

Response

Manager Wang, the head of Tantan's public relations department, said that the number of users on Tantan has reached 200 million, and platform governance has always been their most concerning issue. With respect to the illegal behaviors shown on the platform, Manager Wang was resolute and stated that they would fight hard.

Tantan has set up a special responsible group in terms of technology and auditing to crack down on illegal activities. When some users publish sensitive words on the platform, they will be processed in the background using technical means. When pornographic sensitive words in the chat are posted, Tantan app on the client's end will send a prompt message as a                                                                                            warning.

Manager Wang said that if the user does not violate the rules on Tantan's homepage and chat page, they have no right to close their accounts. If the user engages in any illegal behavior after adding other users on WeChat and other chat and dating apps, Tantan would handle it. With respect to the accounts provided by the reporter, Manager Wang said they will be submitted to the relevant departments and closed permanently after verification.

**Why do users not use their real avatars and information in their accounts?**

Manager Wang explained that at present, it is mandatory for Tantan account to be bound to the user's mobile phone number when registering. In March this year, the **portrait authentication** was officially launched. In addition, Tantan has designated personnel who have been maintaining a long-term close cooperation with Chaoyang Net Security, and **will cooperate with local police to detect some illegal cases** while in compliance with laws and                                                                                            regulations.

Manager Wang emphasized that when using Tantan, the users can **report any suspicious account; once such account is confirmed of violation, it will be permanently closed.**

Lawyer's                                                                                            comments

Li Zhuqing, an attorney from Hongcheng Law Firm in Jiangxi Province said that mobile social media app such as Tantan and WeChat is a new thing. The legal system in this regard has not yet been established, which provides criminals an opportunity to take advantage of.

So far, China has promulgated the *Administrative Measures for Internet Information Services* to regulate the rights and obligations of network service providers, but there is no clear stipulation on the rights and obligations of software developers. According to the *Self-disciplinary Rules on Internet Sites Prohibited from Disseminating Obscene, Pornographic and Other Bad Information*, **Internet information service providers shall not launch or disguise channels or columns that facilitate unethical sexual acts and transactions**.

If the self-disciplinary rules are violated, such violation shall be corrected promptly; if convincing or warning does not work, the Internet News Information Service Working Committee of the China Internet Association is obliged to make a recommendation to relevant government departments to cancel the violator's qualification for providing relevant information services.

However, this requirement is only self- disciplinary and does not have legal effect; it applies only to the Internet and not to apps. The lack of legal supervision for apps and the lack of self-regulation in the industry have increased the difficulty for relevant departments to crack down on illegal and criminal acts such as the use of mobile social media apps.

Li Zhuqing believes that relevant departments should regularly carry out special activities to purify the Internet environment, and crack down on the use of mobile social media apps, such as Tantan and WeChat, to spread obscene pornographic information and introduce prostitution.

From: Nanchang Evening News

Editor | Zhou Yunong

# 每日頭條

| 首頁 | 健康 | 娛樂 | 時尚 | 遊戲 | 3C | 親子 | 文化 | 歷史 | 動漫 | 星座 | 健身 | 家居 | 情感 |
|------|------|------|------|------|-----|------|------|------|------|------|------|------|------|

## 「探探」交友軟體變成招嫖平台？還有自稱南昌的大學生兼職！

2019-04-19 *由 消費日報江西記者站 發表于社會*



**不堪入目！**

近日，市民張先生爆料，他使用**探探交友軟體**後，經常能看到一些穿著性感暴露的女性（用戶）照片，這些人在頭像圖片或簽名中發布微信號、QQ號等第三方聊天軟體，誘導用戶另外添加。

「本想通過『探探』軟體，去認識一些新朋友，尋找自己的伴侶，沒想到使用中發現裡面有很多人利用這個平台發布涉黃信息。」

張先生曾添加過一名女性用戶發布的微信號，發現內容是**網絡招嫖信息**。在溝通中，對方稱自己是**南昌某校學生**，可提供**上門包夜**等服務，價格則從幾百至幾千元不等。



為此，張先生舉報過這些涉黃帳號，但這種現象一直未能得到有效控制，時不時就會在平台上出現。

https://kknews.cc/society/66orgq3.html

「涉黃用戶把招嫖的微信號和QQ號發布在頭像和簽名上，這樣明目張膽的干

違法行為，是怎麼通過平台審核的。」張先生表示，希望有關部門能重視，嚴

厲整治這種違法行為，還用戶一個乾淨、綠色的網絡環境。



https://kknews.cc/society/66orgq3.html

3



據了解

「探探」是一個基於大數據智能推薦、

全新互動模式的社交App。

根據用戶的個人資料、位置、興趣愛好等信息

計算並推送身邊與你匹配的人。

調查



記者在使用該軟體時，發現諸多存在招嫖嫌疑的帳號。其中，通過互相喜歡的機制匹配到了一VIP女性用戶「菲菲呀」（網名），對方稱，**自己睡不著，隨即將一個QQ號發過來，表示通過QQ聊天。**

記者添加了對方提供的QQ號，對方稱，自己是**南昌縣某學校的學生，屬於周末兼職，提供一些「服務」，若要包夜的話，則另需支付車費和其他費用。**

探探用戶名為「獨處」的用戶則**直接把QQ號放在簽名中**，添加之後，對方稱是**南昌市瑤湖片區某高校的學生，可以提供色情服務，一晚的服務收費需1500元。**



探探帳號名為「xixi看簽名」的用戶，把微信號公布了出來，並在簽名中寫著露
骨的話。

5



xixi 看签名

♀ 21  金牛座

青云谱 (14km)，1分钟前活跃

🅥 TA已完成真实头像认证，加速推荐中

个人签名

只求身欲 不求感情 微:▇▇▇▇▇▇ 嘴下
留德，我不是圣人

探探帳號名為「累了」的用戶，照片顯示的是一名年輕靚麗的女子，在照片中寫著「此圖V我，可面交」的字樣，微信號直接在圖片中展示。添加了微信之後，對方直接把**招嫖的聯繫電話，價格，以及提供的服務**等信息全部發送過來，並在朋友圈中展示了許多年輕靚麗女子的照片。

https://kknews.cc/society/66orgq3.html

6



在記者的調查中，至少發現10個存在網絡招嫖行為的帳號，且用戶的地點均顯示為南昌地區。

**探探的交友平台內**

**為何會出現這麼多涉黃帳號？**

**探探官方作何解釋？**

回應



探探公關部負責人王經理表示，目前探探的用戶數已經達到了2億，平台治理一直是他們最為關注的問題。對於在平台上出現的不法行為，王經理態度堅決，表示會強硬打擊。

7

「

探探成立了專門的負責小組，在技術、審核等方面打擊治理平台內的不法行為。如果一些用戶在探探平台上發布涉性敏感字眼，會用技術手段，後台處理。聊天發布相關色情敏感詞語時，探探客戶端會發出提示信息給正常用戶以警示。

」

王經理坦言，如果用戶在探探主頁和聊天頁面里沒有違規行為 他們是沒有權力封號的；如果用戶反饋添加微信等其他聊天交友軟體後有不法行為，他們會做處理。對於記者提供的帳號信息，王經理表示，會轉交給相關部門，查實後予以永久封號處理。

**那麼用戶的帳號為何**

**不採用真實的頭像和信息？**

王經理解釋說，目前探探帳號在註冊時已經強制要求**與用戶的手機號綁定**，今年3月也正式上線了**真人頭像認證**，並在全面推行中。此外，探探有專人負責與朝陽網安保持著長期的密切配合，在符合法律法規的情況下，**會配合各地警方偵破一些違法案件。**

王經理強調說，用戶在使用探探軟體的過程中，**一旦發現涉嫌違法違約帳號，可及時舉報，一經確認，會對有問題的帳號進行永久封號處理。**

律師說法



江西省洪城律師事務所律師李竹青介紹，探探、微信等手機社交軟體是一種新興事物，國內在這方面的相關法律約束制度尚未建立健全，不法分子有了可趁之機。

目前，我國已出台《網際網路信息服務管理辦法》來規制網絡服務商的權利義務，然而對軟體開發商的權利義務尚無明確的規定。根據《網際網路站禁止傳播淫穢、色情等不良信息自律規範》的規定，**網際網路信息服務提供商不得開設或變相開設為不道德性行為和性交易提供便利的頻道或專欄。**

若違反該自律規範，應及時糾正違規行為；經勸說、警告無效，中國網際網路協會網際網路新聞信息服務工作委員會有義務向政府有關部門建議，取消其提供相關信息服務的資質。

但這一規定只是自律規範，並不具備法律強制力；且僅適用於網際網路，並不適用於軟體。軟體法律監管的空白及行業自律的缺失，增加了相關部門打擊利用手機社交軟體招嫖等違法犯罪行為的難度。

李竹青認為，相關部門應定期開展淨化網絡環境專項活動，對利用探探、微信等手機社交軟體傳播淫穢色情信息和介紹賣淫的行為進行打擊整治。

轉自： 南昌晚報

---

編輯丨周雨農