# EXHIBIT L

Skadden, Arps - New York

3 1948 00451691 3

2017–2018

 FINANCIAL
ACCOUNTING
STANDARDS BOARD.

# ACCOUNTING STANDARDS
# CODIFICATION

## VOLUME 3

List of Codified Topics,
Broad Transactions

as of October 31, 2017

# 2017–2018



SKADDEN
Research & Knowledge Services

SEP 1 4 2018

# ACCOUNTING STANDARDS
# CODIFICATION

## VOLUME 3

List of Codified Topics,
Broad Transactions

as of October 31, 2017

## Financial Accounting Standards Board

401 Merritt 7 · PO Box 5116 · Norwalk · Connecticut · 06856-5116

KF
1357
.A222
2017/18
v.3

Copyright © 2018 by Financial Accounting Foundation. All rights reserved. Content copyrighted by Financial Accounting Foundation may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the Financial Accounting Foundation. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

*850-10-20*                         *Broad Transactions*

**Related Parties**

Related parties include:

a.  Affiliates of the entity
b.  Entities for which investments in their equity securities would be required, absent the election of the fair value option under the Fair Value Option Subsection of Section 825-10-15, to be accounted for by the equity method by the investing entity
c.  Trusts for the benefit of employees, such as pension and profit-sharing trusts that are managed by or under the trusteeship of management
d.  Principal owners of the entity and members of their immediate families
e.  Management of the entity and members of their immediate families
f.  Other parties with which the entity may deal if one party controls or can significantly influence the management or operating policies of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests
g.  Other parties that can significantly influence the management or operating policies of the transacting parties or that have an ownership interest in one of the transacting parties and can significantly influence the other to an extent that one or more of the transacting parties might be prevented from fully pursuing its own separate interests.

# 850-10-50 Disclosure

## General

> **Related Party Transactions**

**50-1** Financial statements shall include disclosures of material related party transactions, other than compensation arrangements, expense allowances, and other similar items in the ordinary course of business. However, disclosure of transactions that are eliminated in the preparation of consolidated or combined financial statements is not required in those statements. The disclosures shall include:

a.  The nature of the relationship(s) involved
b.  A description of the transactions, including transactions to which no amounts or nominal amounts were ascribed, for each of the periods for which income statements are presented, and such other information deemed necessary to an understanding of the effects of the transactions on the financial statements
c.  The dollar amounts of transactions for each of the periods for which income statements are presented and the effects of any change in the method of establishing the terms from that used in the preceding period

    d.   Amounts due from or to **related parties** as of the date of each balance sheet presented and, if not otherwise apparent, the terms and manner of settlement

    e.   The information required by paragraph 740-10-50-17.

**50-2**   Notes or accounts receivable from officers, employees, or affiliated entities must be shown separately and not included under a general heading such as notes receivable or accounts receivable.

**50-3**   In some cases, aggregation of similar transactions by type of related party may be appropriate. Sometimes, the effect of the relationship between the parties may be so pervasive that disclosure of the relationship alone will be sufficient. If necessary to the understanding of the relationship, the name of the related party shall be disclosed.

**50-4**   It is not necessary to duplicate disclosures in a set of separate financial statements that is presented in the financial report of another entity (the primary reporting entity) if those separate financial statements also are consolidated or combined in a complete set of financial statements and both sets of financial statements are presented in the same financial report.

> **Disclosures About Arm's-Length Bases of Transactions**

**50-5**   Transactions involving related parties cannot be presumed to be carried out on an arm's-length basis, as the requisite conditions of competitive, free-market dealings may not exist. Representations about transactions with related parties, if made, shall not imply that the related party transactions were consummated on terms equivalent to those that prevail in arm's-length transactions unless such representations can be substantiated.

> **Control Relationships**

**50-6**   If the reporting entity and one or more other entities are under common ownership or **management control** and the existence of that control could result in operating results or financial position of the reporting entity significantly different from those that would have been obtained if the entities were autonomous, the nature of the control relationship shall be disclosed even though there are no transactions between the entities.