UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALAIN MARCHAND,

                       Plaintiff,

    -against-

MOMO INC. et al.,

                       Defendants.

------------------------------------- x

ORDER

19 Civ. 4433 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 29, 2020 conference is adjourned to August 5, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge