UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD RUPP and RODRIGO LEAL,     :   19-cv-4433-GBD
Individually and on Behalf of All Others  :
Similarly Situated,     :  **ECF Case**
     :  **Electronically Filed**
     Plaintiff,  :
     :
    v.     :
     :
MOMO INC., YAN TANG, and     :
JONATHAN XIAOSONG ZHANG,     :
     :
     Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF ROBERT A. FUMERTON
### IN FURTHER SUPPORT OF DEFENDANT MOMO INC.'S
### MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant Momo Inc. ("Momo") in this action.

2.    I respectfully submit this declaration in further support of Momo's Motion to Dismiss the Amended Class Action Complaint and to transmit a true and correct copy of the following document:

Exhibit M[1] .................Excerpt of Financial Accounting Standards Board, Accounting Standards Codification ("ASC"), Volume 1 (2018).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2020, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton

---

[1] Exhibits A-L were attached to the Declaration of Robert A. Fumerton, dated January 24, 2020 (ECF No. 41).