UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD RUPP and RODRIGO LEAL,           :   19-cv-4433-GBD
Individually and on Behalf of All Others    :
Similarly Situated,                          :   **ECF Case**
                                             :   **Electronically Filed**
                         Plaintiff,          :
                                             :
        v.                                   :
                                             :
MOMO INC., YAN TANG, and                     :
JONATHAN XIAOSONG ZHANG,                     :
                                             :
                         Defendants.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### INDIVIDUAL DEFENDANTS' JOINDER IN DEFENDANT MOMO INC.'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

Defendants Yan Tang and Jonathan Xiaosong Zhang (collectively "Individual Defendants"), through their undersigned counsel, hereby join in Defendant Momo Inc.'s Motion to Dismiss the Amended Class Action Complaint (ECF No. 39) and all papers filed in support thereof. At the time that motion was made, the Individual Defendants had not been served in this action. For the reasons stated in Momo Inc.'s moving papers, the Individual Defendants respectfully move the Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice all claims, and for such other relief as the Court deems just and proper.

Dated: New York, New York
       May 28, 2020

                              Respectfully submitted,

                              /s/ Robert A. Fumerton
                              Scott D. Musoff
                              Robert A. Fumerton
                              Michael C. Griffin
                              SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP
                              One Manhattan West
                              New York, New York 10001
                              Phone:  (212) 735-3000
                              Fax:      (212) 735-2000
                              scott.musoff@skadden.com
                              robert.fumerton@skadden.com
                              michael.griffin@skadden.com

                              *Attorneys for Defendants Momo Inc.,*
                              *Yan Tang and Jonathan Xiaosong Zhang*