**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
Jing Chen (JC 2908)
275 Madison Ave, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: info@rosenlegal.com

*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD RUPP and RODRIGO LEAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOMO INC., YAN TANG, and JONATHAN XIAOSONG ZHANG<br><br>Defendants. | Case No: 1:19-cv-04433-GBD<br><br><br>**PLAINTIFFS' RESPONSE TO THE INDIVIDUAL DEFENDANTS' JOINDER IN DEFENDANT MOMO INC.'S MOTION TO DISMISS** |

For the same reasons spelled out in Plaintiffs' Memorandum of Law in Opposition to Defendant Momo Inc.'s Motion to Dismiss (Dkt. No. 43), motion to dismiss should be denied as to the Individual Defendants.[1]

---

[1] The only argument in Momo Inc.'s motion to dismiss in response to Plaintiffs' Section 20(a) claims against the Individual Defendants is that Plaintiffs failed to adequately plead a primary violation of Section 10(b) against Momo Inc. *See* Dkt. No. 40, at Page 25, n. 1. Therefore, if the Court finds that Plaintiffs adequately pled Section 10(b) violations as to Momo Inc., then Plaintiffs' Section 20(a) claims against the Individual Defendants must be sustained, even if the Court finds that the Individual Defendants did not violate Section 10(a).

Dated: June 10, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence Rosen*
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
Jing Chen (JC 2908)
275 Madison Ave, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: info@rosenlegal.com

*Lead Counsel for Plaintiffs*