UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RICHARD RUPP, *individually and on behalf of all others similarly situated*, et al.,

                                  Plaintiffs,

-against-

MOMO INC. et al.,

                                  Defendants.

------------------------------------- x

ORDER

19 Civ. 4433 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 3 2020

GEORGE B. DANIELS, United States District Judge:

Oral argument currently scheduled for August 5, 2020 at 10:00 a.m. is canceled. The parties' request to stay this action pending the outcome of private mediation, (ECF No. 59), is GRANTED.

The Clerk of Court is hereby directed to place the above-captioned action on the suspense docket until further order of this Court, and directed to close Defendants' motion to dismiss, (ECF No. 39). This motion may be renewed once the above-captioned action is restored to the main docket.

Dated: New York, New York
       August 3, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge