The Rosen Law Firm
INVESTOR COUNSEL

Laurence Rosen
lrosen@rosenlegal.com

December 4, 2020

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Marchand v. Momo Inc., et al.*, 1:19-cv-04433-GBD

Dear Judge Daniels:

I write on behalf of Lead Plaintiff Richard Rupp and Named Plaintiff Rodrigo Leal ("Plaintiffs"), with Defendants' consent, to inform the Court that the parties have reached an agreement in principle to resolve all claims in the above-captioned putative class action.

The parties are currently in the process of documenting their settlement. Plaintiffs anticipate filing their motion for preliminary approval of the settlement within 60 days.

Respectfully submitted,

*/s/ Laurence Rosen*
Laurence Rosen