UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
RICHARD RUPP, *individually and on behalf of all others similarly situated*, et al.,

                                      Plaintiffs,

    -against-

MOMO INC. et al.,

                                      Defendants.
------------------------------------- x



ORDER

19 Civ. 4433 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

Dated: New York, New York
       December 7, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge