

## The Rosen Law Firm
### INVESTOR COUNSEL

Laurence Rosen
lrosen@rosenlegal.com

January 25, 2021

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Marchand v. Momo Inc., et al.,* 1:19-cv-04433-GBD

Dear Judge Daniels:

I write on behalf of the Parties in the above-captioned matter.

On December 7, 2020, in response to the Parties' notice of an agreement in principle to settle this putative class action, the Court issued an order stating:

> **This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.**

(ECF No. 62).

As this is a putative class action, and because the Parties' settlement agreement in principle contemplates a class-wide settlement, Court approval of the settlement is needed. *See* Fed. R. Civ. P. 23(e). The Parties have been working diligently to complete their negotiation of a stipulation of settlement so that a motion for preliminary approval of the proposed settlement may be filed.

The Parties respectfully request that the Court restore this action to the Court's calendar so that Plaintiffs can file a motion for preliminary approval of the settlement. By February 26, 2021, Plaintiffs will either file their motion for preliminary approval of the settlement, or a status letter updating Court on the status of the Parties' settlement documentation.

      Respectfully submitted,

      */s/ Laurence Rosen*
      Laurence Rosen

---