UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RICHARD RUPP, *individually and on behalf of all others similarly situated*, et al.,

                           Plaintiffs,

        -against-

MOMO INC. et al.,

                           Defendants.

------------------------------------- x

ORDER

19 Civ. 4433 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is hereby ORDERED to restore this action to this Court's calendar and close the letter motion at ECF No. 63.

    A preliminary approval hearing on the parties' settlement agreement is scheduled for March 31, 2021 at 10:30 am.

Dated: New York, New York
       January 26, 2021

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge