EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RICHARD RUPP and RODRIGO LEAL, individually and on behalf of all others similarly situated,

                    Plaintiffs,

                    v.

MOMO INC., YAN TANG, and JONATHAN XIAOSONG ZHANG

                    Defendants.

Case No. 1:19-cv-04433-GBD

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED CLASS ACTION SETTLEMENT**

**TO:    ALL PERSONS WHO PURCHASED THE AMERICAN DEPOSITARY SHARES OF MOMO INC. ("MOMO") FROM APRIL 20, 2015 THROUGH MAY 10, 2019, INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on _____, 2021, at __:__ _.m. before the Honorable George B. Daniels, United States District Judge of the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Courtroom 11A, New York, NY 10007 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $5,000,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to 1/3 (one-third) plus interest of the Settlement Amount, reimbursement of expenses of not more than $65,000 and a service payment of no more than $15,000 in total to Plaintiffs, should be approved; and (4) whether this Action should be

1

dismissed with prejudice as set forth in the Stipulation of Settlement, dated March 23, 2021 (the "Settlement Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased Momo's American Depositary Shares ("ADSs") during the period from April 20, 2015 through May 10, 2019, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Momo ADSs. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling the Claims Administrator: Momo Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Toll-Free) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Proof of Claim and Release Form online at www.strategicclaims.net/Momo. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than _____, 2021 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2021, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

EXHIBIT A-3

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than _____, 2021, by each of the following:

| Clerk of the Court United States District Court Southern District of New York Daniel Patrick Moynihan U.S. Courthouse 500 Pearl St New York, NY 10007 | Laurence Rosen, Esq. The Rosen Law Firm, P.A. 275 Madison Ave 40th Floor New York, NY 10016 *Lead Counsel* | Robert A. Fumerton, Esq. Skadden, Arps, Slate, Meagher & Flom LLP One Manhattan West New York, NY 10001 *Counsel for Defendants* |
|---|---|---|

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Laurence Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Ave
40th Floor
New York, NY 10016
Tel: (212) 686-1060
info@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED:                                          BY ORDER OF THE UNITED STATES
                                                DISTRICT COURT FOR THE
                                                SOUTHERN DISTRICT OF NEW YORK

3