**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
275 Madison Ave, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: info@rosenlegal.com

*Lead Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD RUPP and RODRIGO LEAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOMO INC., YAN TANG, and JONATHAN XIAOSONG ZHANG<br><br>Defendants. | Case No. 1:19-cv-04433-GBD<br><br>CLASS ACTION |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES

PLEASE TAKE NOTICE that Lead Plaintiff Richard Rupp and Named Plaintiff Rodrigo Leal ("Plaintiffs"), through their undersigned attorneys, respectfully move this Court, before the Honorable George B. Daniels, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on March 31, 2021 at 10:30 a.m., or on an alternative day and time to be determined by the Court, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Plaintiffs and Defendants as set forth in the Stipulation of Settlement ("Stipulation") submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; and (d) scheduling a hearing date for final approval of the Settlement (the "Settlement Fairness Hearing").

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, Plaintiffs' supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose this motion. Accordingly, Plaintiffs request that the Court enter the proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Dated: March 24, 2021

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence Rosen
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
275 Madison Ave, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Plaintiffs
and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2021, a true and correct copy of the foregoing **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence Rosen
Laurence Rosen