**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: info@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD RUPP and RODRIGO LEAL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>MOMO INC., YAN TANG, and JONATHAN XIAOSONG ZHANG<br><br>    Defendants. | Case No. 1:19-cv-04433-GBD<br><br>CLASS ACTION |

## NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this

Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action

Settlement (ECF No. 71), Lead Plaintiff Richard Rupp and Named Plaintiff Rodrigo Leal

("Plaintiffs"), by their undersigned counsel, hereby move this Court, before the Honorable George

B. Daniels, United States District Judge of the United States District Court for the Southern District

of New York, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New

York, 10007, on July 29, 2021 at 11:00 a.m., for entry of an order granting final approval of the

proposed class action Settlement, approving the Plan of Allocation for distribution of the Net

Settlement Fund, and certifying the Settlement Class for settlement purposes.[1]

This motion is based on this Notice of Motion, Plaintiffs' supporting Memorandum of Law,

the Declaration of Laurence Rosen and exhibits attached thereto, all filed contemporaneously

herewith, all pleadings, records, and papers on file herein, and such further argument and briefing

as may be presented at or before any hearing. In the event that there are any requests for exclusions

or objections received by the July 8, 2021 deadline, Plaintiffs will file an updated proposed final

order and judgment with their reply.

Defendants do not oppose this motion.

Dated:  July 1, 2021                                        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence Rosen*
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Plaintiffs
and the Class*

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation of Settlement dated March 23, 2021. *See* ECF No. 67.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of July, 2021, a true and correct copy of the foregoing **NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence Rosen*
Laurence Rosen