# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD RUPP and RODRIGO LEAL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MOMO INC., YAN TANG, and JONATHAN XIAOSONG ZHANG <br><br> Defendants. | Case No. 1:19-cv-04433-GBD <br><br> CLASS ACTION |

**DECLARATION OF LAURENCE ROSEN ON BEHALF OF**
**THE ROSEN LAW FIRM, P.A. CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, Laurence Rosen, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1.    I am the managing partner of The Rosen Law Firm, P.A., Lead Counsel for Plaintiffs and the Settlement Class in this litigation (the "Action").[1] I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.    My firm rendered the following services in connection with the prosecution of this Action: briefed the motion for appointment of Lead Plaintiff and Lead Counsel; researched and prepared an amended complaint; retained and supervised private investigators; retained and consulted with experts in accounting and damages; effectuated service on Defendants Tang and Zhang in China through the Hague Service Convention; analyzed Defendants' motion to dismiss and filed an opposition brief; drafted mediation briefs and analyzed Defendants' mediation submissions; participated in settlement negotiations including an all-day mediation; negotiated

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation of Settlement dated March 23, 2021. ECF No. 67.

1

and prepared settlement documents; conferred with client about the Settlement; prepared motions and briefs in support of approval of the settlement, and oversaw the provision of Notice to the Settlement Class and monitored the work of the Claims Administrator.

3.       The chart below is a summary of time expended by the attorneys and professional staff of The Rosen Law Firm, P.A. on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my firm's application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart:

| Professional (position)* | Years in Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Laurence Rosen (P) | 32 | $995 | 30.80 | $30,646.00 |
| Phillip Kim (P) | 19 | $925 | 6.80 | $6,290.00 |
| Jonathan Horne (P) | 12 | $800 | 40.90 | $32,720.00 |
| Yu Shi (A) | 10 | $700 | 326.10 | $228,270.00 |
| Jing Chen (A) | 10 | $700 | 298.50 | $208,950.00 |
| Erica Stone (A) | 8 | $675 | 0.25 | $168.75 |
| Stephen Shepardson (A) | 5 | $600 | 6.10 | $3,660.00 |
| Zachary Stanco (PL) | n/a | $275 | 5.30 | $1,457.50 |
| **Total** | | | **714.75** | **$512,162.25** |

* Partner (P), Associate (A), Paralegal (PL)

4.       Since the beginning of this Action, my firm has performed a total of **714.75** professional work hours in the prosecution of this Action. The total lodestar amount for my firm is **$512,162.25.**

5.      The Rosen Law Firm, P.A. expended a total of **$48,049.04** in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

| Category | Amount |
|---|---:|
| Expert Fees | $6,002.00 |
| Investigator Fees | $25,000.00 |
| Mediation Fee | $12,389.76 |
| Online Legal Research and Document Retrieval Fees | $344.07 |
| Photocopying, Scanning, and Printing Fees | $188.50 |
| Postage and Courier Fees | $84.67 |
| Press Release / Notice to Class Member Fees | $2,310.84 |
| Service of Process Fees | $190.00 |
| Translation Fees | $1,539.20 |
| **TOTAL EXPENSES** | **$48,049.04** |

6.      The expenses set forth above are reflected in the firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 1, 2021 in New York, NY

_/s/ Laurence Rosen_____
Laurence Rosen

3