# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD RUPP and RODRIGO LEAL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>MOMO INC., YAN TANG, and JONATHAN XIAOSONG ZHANG<br><br>    Defendants. | Case No. 1:19-cv-04433-GBD<br><br><u>CLASS ACTION</u> |

<u>**DECLARATION OF RICHARD RUPP**</u>

I, Richard Rupp, declare as follows:

1.      I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action"), and for purposes of this Settlement, a Class Representative. I respectfully submit this declaration in support of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Class in the prosecution of this Action.

2.      I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3.      I am a retired engineer. I received a Bachelor of Engineering degree from Stevens Institute of Technology. I currently reside in Florida.

4.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u, and I have discharged those duties to the best of my ability.

5.    I have been actively involved in the prosecution of this case since I moved to serve as a Lead Plaintiff on July 15, 2019.  ECF No. 14.  On September 18, 2019, the Court appointed me to serve as the Lead Plaintiff in this Action.  ECF No. 31.

6.    In fulfillment of my responsibilities as a Lead Plaintiff on behalf of the members of the Class in this Action, I have worked closely with Lead Counsel regarding all aspects of the litigation and the resolution of this case.

7.    Throughout the litigation, I received periodic status reports from Lead Counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement.  In particular, throughout the course of this Action, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as litigation strategy; (b) reviewed all significant pleadings and briefs filed in the Action; (c) consulted with my attorneys regarding the settlement negotiations; and (i) evaluated and approved the proposed Settlement.

8.    I believe that I fulfilled my fiduciary duty to the Class to work with counsel to make sure the Class received fair and adequate representation.  I have done my best to vigorously promote the interests of the Class and to obtain the largest recovery possible under the circumstances, and I do believe that the Settlement confers the best result possible under all of the circumstances.

9.    I understand that the PSLRA, 15 U.S.C. § 78u-4(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

10.    In fulfillment of my responsibilities as a Lead Plaintiff, as discussed in ¶7 above, I conservatively estimate that I devoted at least twenty-five hours of time to this litigation.  The

time that I devoted to the representation of the Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me.

11.     I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Class.

12.     Accordingly, I respectfully request that the Court approve a payment to me in the amount of $10,000 as reimbursement for the time spent, and efforts I made, on behalf of the Class.  It is my belief that this request for reimbursement is fair and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of June, 2021.

Richard Rupp (Jun 23, 2021 13:47 EDT)

Richard Rupp

3