# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD RUPP and RODRIGO LEAL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>MOMO INC., YAN TANG, and JONATHAN XIAOSONG ZHANG<br><br>    Defendants. | Case No.: 1:19-cv-04433-GBD<br><br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON**
**REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Paul Mulholland, declare as follows:

1.     I am the President of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over thirty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four hundred and fifty (450) class action cases since its inception. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

**UPDATE ON MAILING OF POSTCARD NOTICE**

2.     Pursuant to the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, dated March 31, 2021 (ECF No. 71, "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement in this Action.

3.      As noted in the Declaration of Sarah Evans Concerning: (A) CAFA Notice; (B) Mailing of the Postcard Notice; (c) Publication of the Summary Notice; and (D) Report on Requests for Exclusion and Objections, dated July 1, 2021 (ECF No. 76-1, "Evans Declaration"), SCS had mailed 202,883 Postcard Notices[1] to potential Settlement Class Members or nominees. Since the Evans Declaration was filed, no additional Postcard Notices have been mailed. Additionally, as noted in the Evans Declaration, SCS was originally notified by one of the nominees that they emailed 89,010 of their customers to notify them of this settlement and provided either the electronic Summary Notice or direct links to the Long Notice and Claim Form on the Settlement webpage, and two other nominee account holders provided SCS with the names and email addresses for 6,847 of their clients who were potential Settlement Class Members, and SCS promptly emailed links to the Long Notice and Claim Form to these potential Settlement Class Members. Since the filing of the Evans Declaration, no additional email notifications have been sent.

### UPDATE ON TOLL-FREE PHONE LINE

4.      The Evans Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Long Notice and Claim Form.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

---

[1] As stated in the Evans Declaration, out of the 202,883 Postcard Notices mailed, SCS had received 182 requests from a potential Settlement Class Members to mail them the Long Notice and Claim Form. Since the filing of the Evans Declaration, SCS has received an additional 17 requests to mail the Notice and Claim Form. To date, SCS has received 199 requests for the Long Notice and Claim Form.

**UPDATE ON SETTLEMENT WEBPAGE**

5.      On April 15, 2021, SCS established a webpage for the Settlement on its website at www.strategicclaims.net/momo.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status of the case; the case deadlines; the online claim filing link; and important documents. To date, the webpage has received 122,722 pageviews from 32,140 unique users.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

6.      The Long Notice, the Summary Notice, the Postcard Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than July 8, 2021. As noted in the Evans Declaration, SCS previously received four invalid exclusion requests which were included as Exhibit F to the Evans Declaration. SCS has been monitoring all mail delivered for this case. Since the filing of the Evans Declaration, SCS has received one additional exclusion request after the July 8, 2021 deadline to request exclusion ("Late Exclusion Request"). The Late Exclusion Request is also invalid, as it did not include information or documentation (*i.e.* the date(s) and price(s) at which the requestor purchased Momo, Inc. ADSs) needed in order to establish that the requestor is a member of the Settlement Class.  SCS has communicated with the requestor to inform him that the Late Exclusion Request was invalid, but to date, no response has been received. A copy of the Late Exclusion Request and our correspondence is attached as **Exhibit A** hereto. In summary, SCS has received five invalid exclusion requests to date, and no valid exclusion requests from the Settlement have been received.

7.      According to the Long Notice, Summary Notice, Postcard Notice, and Settlement webpage, Settlement Class Members seeking to object to the Settlement, any part of the

3

Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs were required to submit their objection in writing such that the request was received by Lead Counsel and Defendants' Counsel, as well as filed with the Court, no later than July 8, 2021. As of the date of this Declaration, SCS has neither received any objections nor been notified that Lead Counsel has received any objections.

## CLAIM FORM FILING STATUS

8. To date, SCS has received 33,749 timely Claim Forms. The deadline to submit a claim: (i) if electronically at SCS's website, was 11:59 p.m. EDT on July 8, 2021; or (ii) if by mail, postmarked no later than July 8, 2021.

9. The statuses and preliminary recognized losses for the 33,749 timely claims are included in the table below. The numbers below do not include any adjustments as a result of SCS's quality assurance process, which includes the results of the cure/rejection process:

| Type of Claims | Number of Claims | Dollar Amount of the Recognized Losses | Shares |
|---|---|---|---|
| Valid | 6,475 | $118,552,773 | 39,817,451 |
| Deficient Claims with limited proof | 637 | 10,881,711 | 3,654,761 |
| Rejected Claims with no Recognized Losses | 26,637 | n/a | n/a |
| Total | 33,749 | $129,434,484 | 43,472,212 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of July 2021, in Media, Pennsylvania.

Paul Mulholland

4

WILLIAM C. WALKER,

I William C. WALKER do hearby exclude myself From the Class Action Law Suit CASE # 1:19-cv-04433 (S.D.N.Y.) MARCHAND VS MOMO INC.

PAGE 2/10 tells me I have Till NOVEMBER 3/2021 to Exclude my self however your Post CARD Notice says July 8 ??? The Above is From your Website.

Please Advise:



CANADA POST
Date 2021.06.25   Postage - Port 14.43
60|2118  1601698  0101149

Do not cover chevron
Ne couvrez pas le chevron

Destination: 19063

Tracked Packet - USA
Paquet repérable - É.-U.

USPS DELIVERY CONFIRMATION®

Tracked Packet - USA | Paquet repérable - É.-U.

MOMO INC., SECURITIES LITIGATION
c/o STRATEGIC CLAIMS SERVICES
P.O. Box 230, 600 N. JACKSON ST.
STE. 205
MEDIA. P.A.
19063

Air Mail | Par avion
43-074-038 (02-12)

CANADA POSTES

**Air Mail   Par avion**

43-074-038 (02-12)

**Small Packet**   CN22   CANADA POSTES
**Petit Paquet**   POST   CANADA
From / De

*W. G. WALKER*

To / À

*Memo Inc Securities*
*Litigation*
*c/o Strategic Claims*
*Services*
*P.O. Box 230, 600 N.*
*Jackson Str,*
*Ste 205 Media*

*Letter*

| | | | | |
|---|---|---|---|---|
| Cost Centre No. | | N° du centre de coût | | |
| Date | Y A | M M | D J | |
| Gross Weight | | Poids brut | kg | g |
| Postage Rate | | Tarif d'affranchissement | $ | |

Sent by   Envoyé par
☐ Air / Voie aérienne   ☐ Surface / S.A.L. / Voie de surface / S.A.L.

| Itemized List of Contents and Country Of Origin Manufacture | Désignation détaillée du contenu et pays de fabrication | Declared Value $ CDN / Valeur déclarée |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

☐ Gift / Cadeau   ☐ Sample / Échantillon   ☑ Documents   Total declared value / Valeur déclarée totale   $   *0*

☐ Other Documentation / Autre documentation

**Customs** May be opened officially
The sender warrants that the particulars given in this declaration are correct and the shipment does not contain dangerous or prohibited goods

**Douane** Peut être ouvert d'office
L'expéditeur atteste que les renseignements donnés dans cette déclaration sont exacts et que l'envoi ne contient pas d'articles dangereux ou interdits.

Sig   Date: *6/24/2014*

43-07

        **Sarah Evans <sevans@strategicclaims.net>**

---

# Momo - Exclusion Request
1 message

---

**Sarah Evans** <sevans@strategicclaims.net>        Tue, Jul 13, 2021 at 12:34 PM
To:
Cc: Josephine Bravata <jbravata@strategicclaims.net>

Good Afternoon, William Walker,

We received your request for exclusion from the Momo, Inc. Securities Litigation yesterday. Please be advised that the request is currently not valid.

Per the Notice, in order for the request to be valid, it must include a list of your purchases, acquisitions, and sales in Momo ADSs from April 20, 2015 through May 10, 2019, inclusive, as well as your holdings at the opening of trading on April 20, 2015 and the close of trading on May 10, 2019; and it must also include documentary proof of such transactions.

For your request to be valid, please send the aforementioned list and documentation to our office so that it is received as soon as possible. Should you have any questions, please feel free to contact me at your earliest convenience.

Regards,

Sarah Evans
**Project Manager**
Strategic Claims Services
600 N Jackson St., Ste. 205
Media, PA 19063
Phone: (866) 274-4004 x 1011
sevans@strategicclaims.net

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*