**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

RICHARD RUPP, *individually and on*
*behalf of all others similarly situated*, and
RODRIGO LEAL, *individually and on behalf of all*
*others similarly situated*,

                                Plaintiffs,

        -against-

MOMO INC., YAN TANG, AND JONATHAN
XIAOSONG ZHANG.

------------------------------------- x

ORDER

19 Civ. 4433 (GBD)

GEORGE B. DANIELS, United States District Judge:

The final approval hearing on the parties' settlement agreement is adjourned from July 29, 2021 to August 4, 2021 at 1:00 p.m.

Dated: New York, New York
       July __, 2021
       JUL 2 6 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge