**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: info@rosenlegal.com

*Lead Counsel for Plaintiffs and the Settlement Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD RUPP and RODRIGO LEAL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>MOMO INC., YAN TANG, and JONATHAN XIAOSONG ZHANG<br><br>    Defendants. | Case No. 1:19-cv-04433-GBD<br><br><u>CLASS ACTION</u> |

## NOTICE OF UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e), Lead

Plaintiff Richard Rupp and Named Plaintiff Rodrigo Leal ("Plaintiffs"), through Lead Counsel,

hereby move this Court for entry of the [Proposed] Order Granting Distribution of Class Action

Settlement Fund ("Class Distribution Order").[1]  Among other things, the Class Distribution Order:

(i) approves the Claims Administrator's recommendations accepting and rejecting Claims

---

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation of Settlement dated March 23, 2021 (ECF No. 67).

submitted in the Action; and (ii) directs distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Paul Mulholland Concerning the Results of the Claims Administration Process, and the exhibits thereto.

Defendants take no position on this Motion. Accordingly, Plaintiffs respectfully request that the Court decide the Motion on the papers, and enter the Class Distribution Order.

Dated: June 27, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence Rosen*
Laurence Rosen (LR 5733)
Phillip Kim (PK 9384)
Yu Shi (YS 2182)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Plaintiffs*
*and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2022, a true and correct copy of the foregoing **NOTICE OF UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence Rosen*
Laurence Rosen